Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jianping Sun**<br>3920 Poplar Creek Court<br>Fairfax, VA 22033<br><br><br><br><br>Plaintiff,<br><br><br>vs.<br><br>**Alberto Gonzales**, United States Attorney<br>General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001<br><br>**Michael Chertoff**, Secretary of the Department<br>of Homeland Security<br>Office of the General Counsel<br>US Department of Homeland Security<br>Washington, DC 20528<br><br>**Emilio T. Gonzalez**, Director of United States<br>Citizenship and Immigration Services<br>Office of the Chief Counsel<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Ave, NW, Rm 4025<br>Washington, DC 20529 | Case No.:<br><br>**PETITION FOR MANDAMUS** |

**Susan Dibbins,** Acting Washington District )
Director, United States Citizenship and )
Immigration Services )
Washington District Office )
U.S. Citizenship and Immigration Services )
2675 Prosperity Avenue )
Fairfax, VA 22031. )
                                            )
**Robert S. Mueller**, Director of Federal Bureau )
of Investigation )
Federal Bureau of Investigation )
Office of the General Counsel )
935 Pennsylvania Avenue, N.W. Rm 7427 )
Washington, DC 20535 )


Defendants

_____

# I.  INTRODUCTION

1.      This is a civil action brought by the Plaintiff, Jianping Sun (Alien # 098364344), to

compel the Defendants and those acting under them to take action on a pending I-485, Application to

Register Permanent Resident or Adjust Status, filed by the Plaintiff.  The I-485 Application was filed on

April 29, 2004 with the United States Citizenship and Immigration Services ("USCIS") in accordance

with current procedure and which Defendants and those acting under them have failed to take timely

action on.

# II.  JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal subject

matter jurisdiction) in conjunction with 28 U.S.C. § 1361 (mandamus), the Administrative Procedure Act

(APA) (5 U.S.C. §555(b)), and the Immigration & Nationality Act and regulations implementing it (Title

8 of the CFR).

3.      Under 28 U.S.C. § 1331, "(t)he district court shall have original jurisdiction of all civil

actions arising under the Constitution, laws, or treaties of the United States."  There is jurisdiction under

28 U.S.C. § 1331 because this action arises under 28 U.S.C. § 1361 (mandamus), the Administrative

Procedures Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the Immigration & Nationality Act

("INA") and regulations implementing it (Title 8 of the C.F.R.).

4.    Under 28 U.S.C. § 1361, "(t)he district courts shall have original jurisdiction of any

action in the nature of mandamus to compel an officer or employee of the United States or any agency

thereof to perform a duty owed to the plaintiff."

5.    The APA requires USCIS to carry out its duties within a reasonable time.  The provision

of the APA that provides this is 5 U.S.C. § 555(b), which states that, "(w)ith due regard for the

convenience and necessity of the parties or their representatives and within a reasonable time, each

agency shall proceed to conclude a matter presented to it."  As an administrative agency, USCIS is

subject to 5 U.S.C. § 555(b).  Plaintiff contends that the delay in processing his application for adjustment

of status is unreasonable.

6.    Both the regulations and the INA provide numerous examples of duties owed by the

USCIS in the adjustment of status process.  8 U.S.C. § 1103 states that "[t]he Attorney General *shall* be

charged with the administration and enforcement of this chapter and all other laws relating to the

immigration and naturalization of aliens." (emphasis added).  The Code of Federal Regulations further

provides that "[t]he applicant *shall* be notified of the decision of the Director, and if the application is

denied, the reasons for the denial."  8 C.F.R. § 245.2 (a)(5)(i) (emphasis added).  The language of the

statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the

adjustment of status application.

7.    There are no administrative remedies available to the Plaintiff to redress the grievances

described herein.  This action challenges the failure of the Defendants to complete action on the

application and issue the decision due Plaintiff and does not challenge any discretionary act by the

Defendants.  This action does not challenge the granting or denial of individual applications.  Therefore,

the jurisdictional limitations of INA §242, 8 U.S.C. § 1252, do not apply.

8.      Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute applicable to civil actions in which Defendants are officers of the United States acting in official capacities.  Venue is proper under 28 U.S.C. § 1391(e) because the Defendants are either officers or employees of the United States and are being sued in their official capacity.

## III.  PARTIES

9.      The Plaintiff is a native and citizen of the People's Republic of China.  The Plaintiff filed a visa petition (Form I-140) simultaneously with his application for adjustment of status (Form I-485), with USCIS on April 24, 2004.  The visa petition (Form I-140) was approved on February 22, 2005. The Plaintiff's fingerprints were taken by USCIS on April 14, 2005 to allow for necessary criminal and security clearances.  USCIS has yet to take action on his application despite the case being complete almost two years ago.  Jianping Sun is the proper plaintiff for the Defendants' failure to act on the adjustment of status application.  The Defendants' inaction has caused the Plaintiff profound injuries in denying him a final decision on his application to become a Permanent Resident including, but not limited to, requisite fees paid in order to remain in status during this lengthy delay.

10.      The Plaintiff resides in Fairfax county, Virginia and has complied with all requirements in order to adjust his status to that of a permanent resident.

11.      Defendant Alberto Gonzales' mailing address is, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.  Defendant Alberto R. Gonzales is the Attorney General of the United States and this action is brought against him in his official capacity.  He is charged with administering certain background checks currently required by administrative practice in connection with an application for adjustment of status to permanent resident under § 245 of the INA.

12.      Defendant Michael Chertoff, according to regulation is to be served at the Office of General Counsel, USDHS, Washington, DC 20528.  Defendant Michael Chertoff is the United States Secretary of Department of Homeland Security (DHS) and this action is brought against him in his

official capacity.  He is charged with, among other things, "[a]ll authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws." 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

13.    Defendant Emilio T. Gonzalez's mailing address is District Director, USCIS, 20 Massachusetts Ave, NW, Rm 4025 Washington, DC 20529.  Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. He is being sued in his official capacity. Defendant Director administers the immigration laws on behalf of the Secretary for Homeland Security and the DHS throughout the United States. 8 C.F.R. § 100.2(a).

14.    Defendant Susan Dibbins's mailing address is Washington Field Office 2675 Prosperity Avenue Fairfax, VA 22031.  Defendant Susan Dibbins is the Acting District Director of the United States Citizenship and Immigration Services, Washington office and is charged with supervisory authority over all operations of the USCIS within her District with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii).  In her position as District Director, she is the Attorney General's designate for the District of Columbia and the Commonwealth of Virginia, charged with the duty of administration and enforcement of all the functions and powers, and duties of USCIS.  She is being sued in her official capacity.

15.    Defendant Robert S. Mueller, III's mailing address is Director, Federal Bureau of Investigations, J. Edgar Hoover Building, 935 Pennsylvania Ave, NW, Washington DC 20535-0001. Defendant Robert S. Mueller is the Director of Federal Bureau of Investigation (FBI) the law enforcement agency charged with processing security checks for the Plaintiff.  8 C.F.R. § 335.2(b). He is being sued in his official capacity.

## IV.  STATEMENT OF FACTS

16.    The Plaintiff, Jianping Sun, is a native and citizen of the People's Republic of China.  He was born on December 10, 1971.

17.     On April 24, 2004, the Plaintiff filed simultaneous applications, Form I-140 and Form I-485, respectively with required documentation at the Vermont Service Center of the USCIS in accordance with specified procedure.  The Vermont Service Center is charged with completing data entry and other aspects of the application and if necessary, scheduling the matter for hearing at the appropriate district office of USCIS, in this case the Washington District Office.  Forms I-140 and I-485 may be simultaneously filed pursuant to 8 C.F.R. §§ 204, 245 and 299.  The Plaintiff's Form I-140 petition was approved on February 22, 2005.

18.     On April 14, 2005, the Plaintiff's fingerprints were taken by USCIS to allow for necessary criminal and security clearances.  Pursuant to 8 C.F.R. § 245.6, each applicant for adjustment of status shall be interviewed by an immigration officer.  However, in an Interoffice Memorandum by William Yates, Associate Director of Operations, to All Regional Directors, District Directors, and Service Center Directors, Regarding Revised Interview Waiver Criteria for Form I-485 Application to Register Permanent Residence or Adjust Status ("Interoffice Memorandum"), dated January 22, 2005, "[t]his interview may be waived if the Service determines that an interview is unnecessary."  The interview waiver criteria are set at the national level.  Jianping Sun meets the criteria that Mr. Yates states for current I-485 Employment Based Interview Waiver Criteria because he is employed by the same petitioner who submitted the approved underlying employment-based visa petition.  See Interoffice Memorandum, page 2 (January 22, 2005).

19.     On April 4, 2006, the Plaintiff requested his case status from USCIS.  On May 1, 2006, USCIS sent a written response to the Plaintiff indicating that, "[a] check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open."

20.     On May 19, 2006, the Plaintiff faxed a letter to Senator Warner requesting assistance with his name check.  There was no response from Senator Warner's office.

21.     On October 16, 2006, the Plaintiff requested his case status from USCIS.  On December 18, 2006, USCIS sent a written response to the Plaintiff indicating that, "[a] check of our records

establishes that your case is not yet ready for decision, as the required investigation into your background remains open."

22.     On December 20, 2006, the Plaintiff's counsel sent a letter of inquiry as to the Plaintiff's case status to the Vermont Service Center.   There was no response.

23.     On January 10, 2007, the Plaintiff faxed a second letter to Senator Warner's office requesting his assistance with resolving his name check.  There was no response.

24.     On January 23, 2007, the Plaintiff received a response from the FBI Section Chief David M. Hardy regarding his FOIPA request that stated, "[n]o records responsive to your FOIPA request were located by a search of the automated indices."

25.     On January 25, 2007, the Plaintiff's counsel delivered a letter to CIS Ombudsman Prakash Khatri with supporting documents requesting assistance in resolving the Plaintiff's case.  There was no response.

26.     Over 1,085 days have passed since the initial filing and over 699 days have passed since the Plaintiff's fingerprints were taken and the USCIS has still refused to adjudicate the application.

## IV.   REQUEST FOR RELIEF

### COUNT ONE

### (Unreasonable Delay)

27.     The Plaintiff hereby incorporates the information in paragraphs 1 through 26 above as though fully set forth herein.

28.     The Plaintiff has complied with all of the requirements for his application to register permanent residence or to adjust status.

29.     The Defendants have willfully and unreasonably delayed and have refused to adjudicate the application in violation of provisions of the INA and the APA.

30.     The delay in adjudicating the application is not attributable to the Plaintiff.

31.     The Defendants owe a duty to adjudicate the visa application and adjustment of status application and have unreasonably failed to perform that duty.  This duty is owed under the INA, APA and regulations as well as by charging a filing fee. The proper payment of this fee created an obligation for USCIS to process and adjudicate the application.

32.     The delay is unreasonable per se.

33.     The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency and indicate applications like the Plaintiff's are currently being processed faster now than in prior years.

34.     The delay is unreasonable in light of the fact that upon information and belief, as a result of the delay, the Plaintiff's biometrics have expired and he will have to be fingerprinted again in order for his adjustment of status application to be adjudicated.  Since USCIS has made no efforts to schedule such an appointment, his case remains in an indefinite administrative limbo.

35.     The delay is unreasonable in light of the fact that USCIS has failed to adequately respond to any of the Plaintiff's repeated inquiries into the status of his application.

36.     By making numerous inquiries into the status of the application, the Plaintiff has exhausted any and all administrative remedies that may exist.  No other remedy exists to resolve Defendants' delay and lack of ability or willingness to adjudicate the Plaintiff's application for adjustment of status.

**COUNT TWO**

**(Equal Access to Justice Act)**

37.     The Plaintiff hereby incorporates the information in paragraphs 1 through 26 above as though fully set forth herein.

38.     The Plaintiff seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully prays this Honorable Court to:

1.   Assume jurisdiction over this matter;

2.   Compel the Defendants and those acting under them to perform their duty and complete

processing of and render a final decision on the application for adjustment of status for

the Plaintiff immediately;

3.   Award the Plaintiff's counsel reasonable attorney's fees and costs; and

4.   Grant such other and further relief as may be just and proper.

Dated: March 14, 2007

Respectfully submitted,

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
Attorney for Plaintiff
Jianping Sun
DC Bar# 194126

**EXHIBIT LIST**

Exhibit 1.     Petitioner's Form I-140 and Form I-485 Visa Application and Adjustment of Status Application

Exhibit 2.     Receipt Notice for Plaintiff's I-140 Petition (Form I-797C)

Exhibit 3.     Approval Notice for Plaintiff's I-140 Petition (Form I-797C)

Exhibit 4.     Receipt Notice for Plaintiff's I-485 Application for Adjustment of Status (Form I-797C)

Exhibit 5.     Fingerprint Notification (Form I-797C)

Exhibit 6.     Letter from USCIS regarding status dated May 1, 2006

Exhibit 7.     Letter from USCIS regarding status dated December 18, 2006

Exhibit 8.     Letter from FBI regarding FOIPA request dated January 23, 2007

Exhibit 9.     Fax receipt of letter sent to Senator Warner dated May 19, 2006

Exhibit 10.    Fax receipt of letter sent to Senator Warner dated January 10, 2007

Exhibit 11.    Letter to USCIS Ombudsman Prakash Khatri dated January 25, 2007

Exhibit 12.    USCIS Vermont Service Center's published processing times for I-485 employment based adjustment applications as of February 1, 2007

Exhibit 13.    Plaintiff's online case status as reported by USCIS as of February 1, 2007

Exhibit 14.    Interoffice Memorandum by William Yates, Associate Director of Operations, to All Regional Directors, District Directors, and Service Center Directors, Regarding Revised Interview Waiver Criteria for Form I-485 Application to Register Permanent Residence or Adjust Status, dated January 22, 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of March 2007, I delivered a true and accurate copy of the foregoing documents, Civil Action Cover Sheet and Complaint, to the opposing parties or counsel at the following addresses:

Alberto R. Gonzales, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Michael Chertoff, Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

Susan Dibbins, Washington District Director of U.S. Citizenship and Immigration Services
Washington District Office
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031.

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20001

JS-44
**CIVIL COVER SHEET**
(Rev.1/05 DC)

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Jianping Sun | Alberto Gonzales, United States Attorney General<br>Michael Chertoff, Secretary of the Department of Homeland Security<br>Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services<br>Susan Dibbons, Acting Washington District Director, United States Citizenship and Immigration Services<br>Robert S. Mueller, Director of Federal Bureau of Investigation |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Fairfax
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    District of Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I Street NW Suite 400
Washington, DC 20006

ATTORNEYS (IF KNOWN)

United States Attorney's Office
555 4th Street NW
Washington, DC 20001

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

◉ **E. General Civil (Other)**    **OR**    ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/* *2255* | ○ **H.** *Employment* *Discrimination* | ○ **I.** *FOIA/PRIVACY* *ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA* *(non-employment)* | ○ **L.** *Other Civil Rights* *(non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Jndgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 U.S.C. 1361 - Mandamus Action to compel USCIS to adjudicate Plaintiff's Adjustment of Status Application

**VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** _____ Check YES only if demanded in complaint
**JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** | (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE _____ **SIGNATURE OF ATTORNEY OF RECORD** _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT 1

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang

ATTORNEYS AT LAW
1915 I STREET, N.W., SUITE 400
WASHINGTON, D.C. 20006

Richard W. Chang
• Tamara Y. Girton (MD)
• Robin L. Williamson

* Practice limited to mat-
ters and proceedings
before federal courts
and agencies.

(202) 783-8905
FAX (202) 333-1688
E-mail: wmclawfirm@aol.com

April 28, 2005

**Via UPS 2nd Day Air**

U.S. Department of Homeland Security
Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden St.
St. Albans, VT 05479-0001

### Re: CONCURRENT FILING OF I-140 IMMIGRANT PETITION FOR ALIEN WORKER AND I-485 ADJUSTMENT OF STATUS APPLICATION PURSUANT TO 8 CFR §§204, 245 and 299

I-140 Petitioner:   Capital One Services, Inc.
Beneficiaries:      Jianping SUN (Principal applicant)
                    Xiaowei SUN (derivative spouse)

Dear Sir or Madam:

In support of the above-captioned petition/application, we are pleased to transmit herewith the following documents for your analysis and review:

I-140 Immigrant Petition for Alien Worker

1. G-28, Notice of Entry of Appearance (with a check for $135.00 as filing fee);
2. Form I-140, Immigrant Petition for Alien Worker;
3. Original Certified Application for Alien Labor Certification (ETA 750, Part A & B);
4. Copy Master's degree in Business Administration-Finance and transcript;
5. Experience letter;
6. Letter from Petitioner pursuant to INA §204.5(g)(2) regarding their financial ability to pay the prevailing wage and excerpt of most recent annual report.

Please be advised that the Petitioner, established in 1994, has approximately 11.7 million customers and $14.2 in managed loans. They had gross receipts of $4,445,517,573 and paid salaries and wages of over $900,000,000. ***In view of the above, we assert that the Petitioner has shown its ability to pay the prevailing wage at the time of filing the labor certification and continuing to the present.***

*Page 2*

## I-485 Application to Adjust Status to Lawful Permanent Resident – Jianping SUN

1. Form G-28 with 2 checks of $305/$120 attached for I-485/I-765 filing fee & fingerprinting fee;
2. Form I-485 with 2 photos;
3. Form G-325A;
4. Copy of Birth Certificate;
5. Copy of Marriage Certificate;
6. Copy of certified Alien Employment Certification;
7. Original Offer of Employment Letter;
8. Copy of Form I-94, passport and other evidence of eligibility;
9. Medical report;
10. Form G-28 & Form I-765 with 2 photos attached;

## I-485 Application to Adjust Status to Lawful Permanent Resident – Xiaowei SUN

1. Form G-28 with 2 checks of $305/$120 attached for I-485/I-765 filing fee & fingerprinting fee;
2. Form I-485 with 2 photos;
3. Form G-325A;
4. Copy of Birth Certificate;
5. Copy of Marriage Certificate;
6. Copy of Form I-94, passport and other evidence of eligibility;
7. Medical report;
8. Form G-28 & Form I-765 with 2 photos attached.

We would appreciate your processing this application and notifying us accordingly.

Sincerely yours,

SAM H. CHANG

**SHC/RLW/ay/ec**
Encl.

**WASSERMAN, MANCINI & CHANG, P.C.**
**OPERATING ACCOUNT**
1915 EYE STREET, N.W., SUITE 400
WASHINGTON, DC 20006

7458

15-122/540
BRANCH 97762

DATE  4/27/04

PAY TO THE ORDER OF _____ C I S _____                    $ 135.00

One Hundred Thirty Five and No/100                         DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
ACH R/T 054001220

FOR I-140, SUN, Jianping                    Linda Pong

⑈007458⑈ ⑆054001220⑆ 2000034923546⑈

---

**WASSERMAN, MANCINI & CHANG, P.C.**
**OPERATING ACCOUNT**
1915 EYE STREET, N.W., SUITE 400
WASHINGTON, DC 20006

7459

15-122/540
BRANCH 97762

DATE  4/27/04

PAY TO THE ORDER OF _____ C I S _____                    $ 305.00

Three Hundred Five and No/100                              DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
ACH R/T 054001220

FOR I-485 SUN, Jianping                    Linda Pong

⑈007459⑈ ⑆054001220⑆ 2000034923546⑈

---

**WASSERMAN, MANCINI & CHANG, P.C.**
**OPERATING ACCOUNT**
1915 EYE STREET, N.W., SUITE 400
WASHINGTON, DC 20006

7460

15-122/540
BRANCH 97762

DATE  4/27/04

PAY TO THE ORDER OF _____ C I S _____                    $ 120.00

One Hundred Twenty and No/100                              DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
ACH R/T 054001220

FOR I-765 SUN, Xiao wei                    Linda Pong

⑈007460⑈ ⑆054001220⑆ 2000034923546⑈

**WASSERMAN, MANCINI & CHANG, P.C.**
**OPERATING ACCOUNT**
1915 EYE STREET, N.W., SUITE 400
WASHINGTON, DC 20006

7461

15-122/540
BRANCH 97782

DATE 4/28/04

PAY
TO THE
ORDER OF _____ CIS _____ $ 305,-

Three hundred five only _____ DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
ACH R/T 054001220

FOR I-485 SUN, Xiaowei

Linda Pong

⑈007461⑈ ⑆054001220⑆ 2000034923546⑈



JIANPING SUN  05/01
XIAOWEI SUN
14093 LOTUS LANE /1684  3920 Poplar Creek Ct
CENTREVILLE/ VA 20120  Fairfax , VA 22033

1238

68-760/560
BRANCH 27029

DATE  02-28-2006

PAY TO THE
ORDER OF_  C / S                                    $ 120.00

ONE  HUNDRED  AND  TWENTY ———                      DOLLARS

First Union National Bank
firstunion.com
Org. 007  R/T 056007604

FOR  1-765 filing fee (Xiaowei Sun)                MP

⑈056007604⑈ 10 1004 758 7724⑈ 1238

HARLAND 1098



JIANPING SUN  05/01
XIAOWEI SUN
14093 LOTUS LANE 1684  3920 Poplar Creek Ct
CENTREVILLE, VA 20120  Fairfax, VA 22033

1239

68-760/560
BRANCH 27029

DATE  02-28-2004

PAY TO THE
ORDER OF_  C l S                                   $ 120.00

ONE  HUNDRED  AND  TWENTY ———                      DOLLARS

First Union National Bank
firstunion.com
Org. 007  R/T 056007604

FOR  1-765 filing fee (Jianping Sun)               MP

⑈056007604⑈ 10 1004 758 7724⑈ 1239

HARLAND 1098

U.S. Department of Justice

Immigration and Naturalization Service

Notice of Entry of Appearance
as Attorney or Representative

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Date | / / |
| --- | --- | --- |
| SUN, Jianping | File No. | N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | ☒ Petitioner | ☐ Applicant |
| --- | --- | --- |
| Capital One Services, Inc. | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| --- | --- | --- | --- | --- |
| 11013 West Broad Street | | Glen Allen | VA | 23060 |

| Name | ☐ Petitioner | ☐ Applicant |
| --- | --- | --- |
| | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| --- | --- | --- | --- | --- |
| | | | | |

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

DC            **Court of Appeals**            and am not under a court or administrative agency

Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.      *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| --- | --- |
| | Wasserman, Mancini & Chang |
| | 1915 Eye Street, N.W. Suite 400 |
| | Washington      DC   20006 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Sam H. Chang, Esq. | 202-783-8905      202-333-1688 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Sam H. Chang, Esq. (Wasserman, Mancini & Chang, P.C.)

*(Name of Attorney or Representative)*

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

I-140

| Name of Person Consenting | Signature of Person Consenting | Date |
| --- | --- | --- |
| Margaret Huzek, Immigration Administrator | | 2/27/04 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0015; Exp. 8-31-04

# I-140, Immigrant Petition for Alien Worker

| START HERE - Please Type or Print in Black Ink. | FOR CIS USE ONLY | |
|---|---|---|
| **Part 1. Information about the person or organization filing this petition.** | Returned | Receipt |

If an individual is filing, use the top name line. Organizations should use the second line.

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| | | |

Company or Organization Name

**Capital One Services, Inc.**

Address: (Street Number and Name)        Suite #

**11013 West Broad Street**

Attn:

**Margaret Huzek, Immigration Administrator**

| City | State/Province |
|---|---|
| **Glen Allen** | **VA** |

| Country | Zip/Postal Code |
|---|---|
| **USA** | **23060** |

| IRS Tax # | Social Security # (if any) | E-mail Address (if any) |
|---|---|---|
| **54-1719854** | **N/A** | **margaret.huzek@capitalone.com** |

Returned — Date
Date
Resubmitted — Date
Date
Reloc Sent — Date
Date
Reloc Rec'd — Date
Date

## Part 2. Petition type.

This petition is being filed for:    *(Check one)*

a. ☐ An alien of extraordinary ability.
b. ☐ An outstanding professor or researcher.
c. ☐ A multinational executive or manager.
d. ☒ A member of the professions holding an advanced degree or an alien of exceptional ability (who is NOT seeking a National Interest Waiver).
e. ☐ A professional (at a minimum, possessing a bachelor's degree or a foreign degree equivalent to a U.S. bachelor's degree) or a skilled worker (requiring at least two years of specialized training or experience).
f. ☐ (Reserved.)
g. ☐ Any other worker (requiring less than two years of training or experience).
h. ☐ Soviet Scientist.
i. ☐ An alien applying for a National Interest Waiver (who IS a member of the professions holding an advanced degree or an alien of exceptional ability).

Date

**Classification:**
☐ 203(b)(1)(A) Alien of Extraordinary Ability
☐ 203(b)(1)(B) Outstanding Professor or Researcher
☐ 203(b)(1)(C) Multi-National Executive or manager
☐ 203(b)(2) Member of Professional w/Adv. Degree or Exceptional Ability
☐ 203(b)(3)(A)(i) Skilled Worker
☐ 203(b)(3)(A)(ii) Professional
☐ 203(b)(3)(A)(iii) Other Worker

**Certification**
☐ National Interest Waiver (NIW)
☐ Schedule A, Group I
☐ Schedule A, Group II

## Part 3. Information about the person you are filing for.

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| **SUN** | **Jianping** | **N/A** |

Address:   (Street Number and Name)      Apt. #

**3920 Poplar Creek Ct.**

C/O: (In Care Of)

| City | State/Province |
|---|---|
| **Fairfax** | **VA** |

| Country | Zip/Postal Code | E-mail Address (if any) |
|---|---|---|
| **USA** | **22033** | |

Daytime Phone #   (with area/country code)     Date of Birth *(mm/dd/yyyy)*

**12/10/1971**

| City/Town/Village of Birth | State/Province of Birth | Country of Birth |
|---|---|---|
| **Shanghai** | | **China** |

| Country of Nationality/Citizenship | A # (if any) | Social Security # (if any) |
|---|---|---|
| **Chinese** | **N/A** | **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** |

| | Date of Arrival *(mm/dd/yyyy)* | I-94 # *(Arrival/Departure Document)* |
|---|---|---|
| IF IN THE U.S. | **08/14/96** | **538977982 05** |
| | Current Nonimmigrant Status | Date Status Expires *(mm/dd/yyyy)* |
| | **H-1B1** | **01/13/2006** |

**Priority Date**    **Consulate**

**Concurrent Filing:**
☐ I-485 filed concurrently.

**Remarks**

**Action Block**

**To Be Completed By**
*Attorney of Representative,* If any.
☐ Fill in box if G-28 is attached to represent the applicant.
ATTY State License #

Form I-140 (Rev. 09/26/03)N (Prior versions may be used until 12/31/03)

## Part 4.   Processing Information.

1. Please complete the following for the person named in Part 3:     *(Check one)*

☐ Alien will apply for a visa abroad at the American Embassy or Consulate at:

| City | Foreign Country |
|------|-----------------|
|      |                 |

☒ Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.
Alien's country of current residence or, if now in the U.S., last permanent residence abroad.

2. If you provided a U.S. address in Part 3, print the person's foreign address:

**N/A**

3. If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

4. Are any other petition(s) or application(s) being filed with this Form I-140?

☒ No     ☐ Yes-(check all that apply)     ☒ Form I-485     ☐ Form I-765
                                            ☐ Form I-131     ☐ Other - attach explanation

5. Is the person you are filing for in removal proceedings?     ☒ No     ☐ Yes-attach an explanation

6. Has any immigrant visa petition ever been filed by or on behalf of this person?     ☒ No     ☐ Yes-attach an explanation

If you answered yes to any of these questions, please provide the case number, office location, date of decision and disposition of the decision on a separate sheet(s) of paper.

## Part 5.   Additional information about the petitioner.

1. Type of petitioner     *(Check one).*

☒ Employer     ☐ Self     ☐ Other (Explain, e.g., Permanent Resident, U.S. Citizen or any other person filing on behalf of the alien.)

2. If a company, give the following:

| Type of Business | Date Established     *(mm/dd/yyyy)* | Current Number of Employees |
|------------------|-------------------------------------|------------------------------|
| **Financial Institution & Bank Holding** | **1995** | **11,000+-** |

| Gross Annual Income | Net Annual Income | NAICS Code |
|---------------------|-------------------|------------|
| **$1,578,748,578 :1997** | **$363,150,054 : 1997** | **5**  **2**  **2**  **1**  **1**  **0** |

| DOL/ETA Case Number | **P2003-VA-03392737** |
|---------------------|-----------------------|

3. If an individual, give the following:

| Occupation | Annual Income |
|------------|---------------|
| **N/A** | **N/A** |

## Part 6.   Basic information about the proposed employment.

| 1. Job Title | 2. SOC Code |
|--------------|-------------|
| **Senior Competition Analyst** | **1**  **3**  -  **2**  **0**  **5**  **0** |

3. Nontechnical Description of Job

**See Form ETA 750A, Item 13**

4. Address where the person will work if different from address in Part 1.

**2650 Park Tower Dr., #110, Vienna, VA 22180**

5. Is this a full-time position?     6. If the answer to Number 5 is "No," how many hours per week for the position?

☒ Yes     ☐ No

| 7. Is this a permanent position? | 8. Is this a new position? | 9. Wages per week |
|----------------------------------|----------------------------|-------------------|
| ☒ Yes     ☐ No | ☐ Yes     ☒ No | $ **82,300/year** |

## Part 7. Information on spouse and all children of the person for whom you are filing.

List husband/wife and all children related to the individual for whom the petition is being filed.    Provide an attachment of additional family members, if needed.

| Name *(First/Middle/Last)* | | Relationship | Date of Birth *(mm/dd/yyyy)* | Country of Birth |
|---|---|---|---|---|
| Xiaowei | SUN | wife | 10/10/1969 | China |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part 8. Signature.    *Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 9.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize the U.S. Citizenship and Immigration Service to release to other government agencies any information from my CIS (or former INS) records, if the CIS determines that such action is necessary to determine eligibility for the benefit sought.

| Petitioner's Signature | Daytime Phone Number *(Area/Country Code)* | E-mail Address |
|---|---|---|
| | 804-934-8695 | margaret.huzek@capitalone.com |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| Margaret Huzek | 2/27/04 |

**Please Note:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.*

## Part 9. Signature of person preparing form, if other than above.    *(Sign below)*

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

**Attorney or Representative:**    In the event of a Request for Evidence (RFE) may the CIS contact you by Fax or E-mail?    ☒ Yes    ☐ No

| Signature | Print Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| | Sam H. Chang, Esq. | |

**Firm Name and Address**

Wasserman, Mancini & Chang
1915 I Street NW Suite 400, Washington DC 20006

| Daytime Phone Number *(Area/Country Code)* | Fax Number *(Area/Country Code)* | E-mail Address |
|---|---|---|
| 202-783-8905 | 202-333-1688 | wmclawfirm@aol.com |

EMPLOYMENT AND TRAINING ADMINISTRATION

The Curtis Center
170 S. Independence Mall West
Suite 825 East
Philadelphia, Pennsylvania 19106-3315

---

| FINAL DETERMINATION |

P2003-VA-03392737

In reply refer to: BJS

February 3, 2004

Jianping SUN
Alien's name

Market Research Analyst I
Alien's Occupation

Capital One Services, Inc.
Mark Mancini, Esquire
c/o Wasserman, Mancini & Chang
1915 Eye Street, N.W., Suite 400
Washington, DC 20006

February 21, 2002
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 **has been certified** and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

STEPHEN W. STEFANKO
Certifying Officer

cc:     State ES Agency - **Virginia**
        Capital One Services, Inc.
        Jianping SUN

Attachments: ETA 750A, ETA 750B

ETA 7145PA(REV.MAR.,1990)

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

### PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien | (Family name in capital letter, First, Middle, Maiden) | | | |
|---|---|---|---|---|
| **SUN** | | Jianping | | |

| 2. Present Address of Alien | (Number, Street, City and Town, State ZIP code or Province, Country) | | | 3. Type of Visa (U.S.) | (if in U.S.) |
|---|---|---|---|---|---|
| 14093 Lotus Ln. | | #1634 | | | |
| Centreville | VA | USA | 20120 | **H-1B1** | |

The following information is submitted as an offer of employment.

| 4. Name of Employer | (Full name of Organization) | 5. Telephone |
|---|---|---|
| **Capital One Services, Inc.** | | 804-934-8695 |

| 6. Address | (Number, Street, City and Town, State ZIP code) | | |
|---|---|---|---|
| 11013 West Broad Street | | | |
| Glen Allen | VA | 23060 | |

| 7. Address Where Alien Will Work | (if different from item 6) |
|---|---|
| 2650 Park Tower Dr., #110, Vienna, VA 22180 | |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| **Financial Institution & Bank Holding Company** | **Senior Competition Analyst** | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| | | 40 | N/A | 8:30 a.m. 5:30 p.m. | $ 82,300 per year | $ N/A per hour |

13. Describe Fully the job to be Performed        (Duties)

Analyze market and competing firms in order to better understand market dynamics and competing firms' strategies. Drive the sharing of information within the company and leverage in-house tools to better serve the Business Department's needs. Based on the analysis of competing firms, identify areas of opportunity and concern for Capital One.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) Master's degree | Knowledge of and exp in e-business strategy and e-strategy planning process. |
| | 6 | 6 | 5-6 | Major Field of Study MIS or Finance | |

| TRAIN-ING | No. Yrs. N/A | No. Mos. N/A | Type of Training N/A | |
|---|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) Management Associate |
|---|---|---|---|---|
| | Number | | | |
| | Yrs. 0 | Mos. 6 OR | Yrs. 0 | Mos. 6 |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Manager | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

### CERTIFICATION

PURSUANT TO THE PROVISIONS OF SECTION 212 (A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

L.O.    FEB 2 1 2002    S.O.

JUN 3 0 2003

FEB 0 3 2004
(DATE)

(CERTIFYING OFFICER)

Ind. Code

Occ. Code

Occ. Title

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: If alien is in the U.S., contact nearest office of
Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.

IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify
each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First name | Middle name | Maiden name |
|---|---|---|---|
| SUN | Jianping | | |

| 2. Present Address (No., Street, City or Town, State or Province and ZIP code) | | | Country | 3. Type of Visa (if in U.S.) |
|---|---|---|---|---|
| 14093 Lotus Ln. | | #1634 | | H-1B1 |
| Centreville | VA | USA | 20120 | |

| 4. Alien's Birthdate (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|---|
| 12/10/1971 | Shanghai | | China | China |

7. Address in United States Where Alien Will Reside
Same as item 2.

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | | | | 9. Occupation in which Alien is Seeking Work |
|---|---|---|---|---|
| Capital One Services, Inc. | | | | Senior Competition Analyst |
| 11013 West Broad Street | | | | |
| Glen Allen | VA | | 23060 | |

10. "X" the appropriate box below and furnish the information required for the box marked

| | City in Foreign Country | Foreign Country |
|---|---|---|
| a. ☐ Alien will apply for a visa abroad at the American Consulate in _____ | | |

| | City | State |
|---|---|---|
| b. ☒ Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____ | Arlington, VA | |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (include trade or vocational training facilities) | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| Fudan University Shanghai, China | World Economy | 09 | 1989 | 07 | 1993 | B.A. |
| Duke University Durham, NC | Finance | 08 | 1997 | 05 | 1999 | M.B.A. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SPECIAL QUALIFICATIONS AND SKILLS

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

Knowledge of and exp in e-business strategy and e-strategy planning process.

13. List Licenses (Professional, journeyman, etc.)
N/A

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented
Alien's diploma, transcript, and experience letter.

Endorsements

DATE REC. DOL
6-30-03
O.T. & C.

(Make no entry in
this section - FOR
Government Agency
USE ONLY)

(Items continued on next page)

# Duke University

The Faculty and Trustees in recognition of
the successful completion of the course of study
required by the

## Fuqua School of Business

have conferred on

### Jianping Sun

the degree of

## Master of Business Administration

Given at Durham in the State of North Carolina this sixteenth day
of May, one thousand nine hundred and ninety-nine.



Chairman of Board of Trustees

Dean

President of the University

Secretary of the University

# Duke University

PROGRESS REPORT 1999/05/10

SUN, JIANPING                                                      FUQUA SCHOOL OF BUSINESS

MAJORS: BA

```
                    COURSES COMPLETED, SPRING 1999
     COURSE   TYPE GRADE (NOTE) VALUE      DESCRIPTION              INSTRUCTOR

   BA   330      HP            3.0   INTERNATL BUSINESS MGT    BREWS, P J
   BA   393      CR   (P/F)    2.0   ILE:COMPLEX MGT PROBLEMS  LEWIN, A Y
   BA   440      SP            3.0   CORP FINANCIAL REPORT II  SKENDER, C J
   BA   458      SP            3.0   INVEST BANK/FINAN INSTI   ROSSIENSKY, N C
```

## COURSES PREVIOUSLY COMPLETED

```
              FALL 1997
COURSE/TYPE GR(NOTE)  VAL    BA   370    SP        3.0    BA   392    CR(P/F)    2.0
BA   300      SP       3.0   BA   391    CR(P/F)   2.0    BA   450    SP         3.0
BA   301      SP       3.0   BA   3970   P         2.0    BA   451    HP         3.0
BA   311      SP       3.0   BA   398A   SP        2.0
BA   312      SP       3.0   BA   448    SP        3.0            SPRING 1999
BA   320      HP       3.0   BA   455    SP        3.0    COURSE/TYPE GR(NOTE)   VAL
BA   340      SP       3.0                                BA   352    SP         3.0
BA   390      CR(P/F)  2.0            SUMMER3 1998         BA   459    P          3.0
BA   395      SP       2.0   COURSE/TYPE GR(NOTE)  VAL    BA   483    HP         3.0
BA   396J     HP       2.0   BA   499 /I CR(P/F)   1.0
```

```
          SPRING 1998                      FALL 1998
COURSE/TYPE GR(NOTE)  VAL    COURSE/TYPE GR(NOTE)  VAL
BA   341      SP       3.0   BA   342    SP        3.0
BA   350      SP       3.0   BA   351    SP        3.0
BA   360      HP       3.0   BA   353    SP        3.0
```

COURSE TYPES: D=DISCUSS GRP  I=IND STUDY  P=PRECEPTORIAL  S=SEMINAR  T=TUTORIAL
NOTES:
   P/F  COURSE TAKEN ON PASS-FAIL BASIS

```
DUKE ACADEMIC SUMMARY (DOES NOT INCLUDE APP, P/F, XFR COURSES):
             HRS ATTEMPTED    PASSED    QUALITY PTS    QPR
SEMESTER:         9.0          9.0        34.50      3.833
CUMULATIVE:      77.0         77.0       294.50      3.824
```

SUN, JIANPING                              TOTAL HOURS PASSED:    86.0
2752 CAMPUS WALK AVENUE, #3OH
DURHAM                    NC 27705

**Capital**One®

Capital One Services, Inc.
5101 Cox Road
Glen Allen, VA 23060

February 25, 2004

U.S. Citizenship and Immigration Services
Vermont Service Center

RE:    Jianping SUN

Dear Sir or Madam:

This letter is to verify that Jianping SUN has been employed as a full-Senior Competition
Analyst since December 2000. The duties of the position are as follows:

>    Analyze market and competing firms in order to better
>    understand market dynamics and competing firms'
>    strategies.

If you need further information, do not hesitate to contact me directly.

Sincerely,

Margaret Huzek
Immigration Administrator

City / County of Henrico
Commonwealth/State of Virginia
The foregoing instrument was acknowledged
before me this 2 day of March,
20 04 by
margaret Huzek
(name of person seeking acknowledgement)
Notary Public
My commission expires: 11 30 2007

**Capital**One®

Capital One Services, Inc.
5101 Cox Road
Glen Allen, VA 23060

August 1, 2003

Department of Homeland Security
Bureau of Citizenship and Immigration Services

RE:     Financial ability to pay prevailing wage

Dear Sir or Madam:

Pursuant to 8 CFR §204.5(g)(2), as an employer who employs in excess of 100 workers, we are submitting this letter as evidence of our ability to pay the prevailing wage.

Capital One Services, Inc. is a wholly owned subsidiary of Capital One Financial Corporation. Capital One Financial Corporation is headquartered in Falls Church, Virginia. It is a financial services company that offers consumer lending products and services, and is among the largest credit card issuers in the world. Capital One Financial Corporation's subsidiaries, including Capital One Auto Finance, collectively have approximately 11.7 million customers and $52 billion in average total managed loans. Capital One Financial Corporation has over 17,000 associates, with offices in Richmond, Fredericksburg and Falls Church, Virginia; Tampa, Florida; Dallas/Fort Worth Texas; and London/Nottingham, England.

In the year 2001, Capital One Financial Corporation had gross receipts of $6,484,322,049 and paid salaries and wages of nearly $1.5 Billion. They had a taxable income of 402,694,523.

If you have further questions, please do not hesitate to contact me directly.

Sincerely,

Margaret Huzek
Immigration Administrator

INTERNAL MEDICINE PRACTICE, P.C.
8233 Old Courthouse Road, Suite 170
Vienna, VA 22182



Re: Sun, Tianping



**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Date |
|---|---|
| SUN, Jianping | File No.   **N/A** |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | Petitioner | ☒ Applicant |
|---|---|---|---|---|
| Jianping | N/A | SUN | ☐ Beneficiary | |

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 3920 Poplar Creek Ct. | Fairfax | VA | 22033 |

| Name | ☐ Petitioner | ☐ Applicant |
|---|---|---|
| | ☐ Beneficiary | |

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | | | | |

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

DC                                   **Court of Appeals**                          and am not under a court or administrative agency

                                         Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.        *(If you check this item, also*
*check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Wasserman, Mancini & Chang |
| | 1915 Eye Street, N.W. Suite 400 |
| | Washington          · DC   20006 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Sam H. Chang, Esq. | 202-783-8905         202-333-1688 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
        **Sam H. Chang, Esq. (Wasserman, Mancini & Chang, P.C.)**

· (Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

I-485

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| SUN, Jianping | | 2/28/04 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053
**I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| Family Name | SUN | Given Name | Jianping | Middle Initial | N/A |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 3920 Poplar Creek Ct. | Apt. # | |
|---|---|---|---|

| City | Fairfax |
|---|---|

| State | VA | Zip Code | 22033 |
|---|---|---|---|

| Date of Birth (month/day/year) | 12/10/1971 | Country of Birth | China |
|---|---|---|---|

| Social Security # | 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 | A # (if any) | N/A |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 08/14/1996 | I-94 # | 538977982 05 |
|---|---|---|---|

| Current INS Status | H-1B1 | Expires on (month/day/year) | 1/13/2006 |
|---|---|---|---|

### Part 2. Application Type.    *(Check one)*

**I am applying for adjustment to permanent resident status because**

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice– or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:**    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

*Continued on back.*

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Form I-485 (Rev. 02/07/00)N Page 1.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

OMB No. 1115-0066

U.S. Department of Justice
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 12/10/1971 | NATIONALITY Chinese | FILE NUMBER A N/A |
|---|---|---|---|---|---|---|
| SUN | Jianping | N/A | | | | |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|
| N/A | Shanghai        China | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SUN | Xingyuan | 4/13/44, Yuyao, China | Guilin, China |
| MOTHER (Maiden name) | ZHOU | Yuefang | 4/5/45, Shanghai, China | Guilin, China |

| HUSBAND (If none, so state)   FAMILY NAME OR WIFE (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| SUN | Xiaowei | 10/10/1969 | Shanghai China | 7/1/1994 | Shanghai, China |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 3920 Poplar Creek Ct. | Fairfax | VA | USA | 02 | 02 | PRESENT TIME | |
| 14093 Lotus Lane, #1634 | Centreville | VA | USA | 11 | 00 | 02 | 02 |
| 500 Cold Spring Rd., #515 | Rockyhill | CT | USA | 05 | 99 | 11 | 00 |
| 2752 Campus Walk Ave., #30H | Durham | NC | USA | 06 | 97 | 05 | 99 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| Capital One Services, Inc | Glen Allen, VA | Sr. Competition Analyst 12 | 00 | | PRESENT TIME | |
| Aetna International | 151 Farmington Ave., Hartford, CT | Management Associate 06 | 99 | | 11 | 00 |
| | | | | | | |
| | | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | |
|---|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR ☐ NATURALIZATION ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | SIGNATURE OF APPLICANT V | DATE 2/28/04 |
|---|---|---|

Submit both copies of this form.

IF YOUR NATIVE ALPHABET IS OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT

BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| SUN | Jianping | N/A | N/A |

Form G-325 (Rev. 9/11/00)Y

(1) Ident.

NOTARIAL          CERTIFICATE
(TRANSLATION)
(96) GUI NO. 2 ZHENG WAI ZI, NO. 0437

This is to certify that Sun Jianping (male) was born on Dec. 10, 1971, at Shanghai City. His father's name is Sun Xingyuan and his mother's name is Zhou Yuefang.

NOTARY: CHEN YONGZE (SIGNATURE)
GUILIN NO. 2 NOTARY PUBLIC OFFICE (SEAL)
GUANGXI ZHUANG AUTONOMOUS REGION
THE PEOPLE'S REPUBLIC OF CHINA
June 4, 1996

KV01847775

# 公 证 书

(96)桂二证外字第0437号

　　兹证明孙建平(男)于一九七一年十二月十日在上海市出生。孙建平的父亲是孙杏元，孙建平的母亲是周月芳。

中华人民共和国广西壮族自治区桂林市第二公证处



公证员　陈永泽



一九九六年六月十四日

XV01847778

NOTARIAL    CERTIFICATE

(TRANSLATION)

(96)GUI NO. 2 ZHENG WAI ZI, NO. 0438

To whom it may concern:

     This is to certify that the English translated copy of Notarial Certificate of (96) Gui No. 2 Zheng Wai Zi, No. 0437 attached hereto is in conformity with the Chinese copy of this Notarial Certificate.

NOTARY: CHEN  YONGZE (SIGNATURE)

GUILIN NO. 2 NOTARY PUBLIC OFFICE (SEAL)

GUANGXI ZHUANG AUTONOMOUS REGION

THE PEOPLE'S REPUBLIC OF CHINA

June 4, 1996

V01847784

公 证 书

(96)桂二证外字第0438号

兹证明前面的(96)桂二证外字第0437号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国广西壮族自治区桂林市第二公证处

公证员 陈永泽



一九九六年六月四日

XV01847790

# 公 证 书

## 中 华 人 民 共 和 国
## 广西壮族自治区桂林市第二公证处

Translation

Notarial Certificate

(96)S.Z.W.Z.No. 2869

This is to certify that Sun Jianping (male, born on December 10, 1971) & Sun Xiaowei (female, born on October 10, 1969) were married on July 1, 1994 at Hong Kou District, Shanghai, China.

Shanghai Notary Public Office

The People's Republic of China

(Sealed)

Notary Public: Jin Wenyu

(Sealed)

Dated this 3rd day of July, 1996.

公　　　证　　　书

(96) 申证外字第 2 8 6 9 号

　　兹证明孙建平（男，一九七一年十二月十日出生）与孙晓薇（女，一九六九年十月十日出生）于一九九四年七月一日在中国上海市虹口区登记结婚。



中华人民共和国上海市公证处

公　证　员

一九九六年七月　日

3891425

Translation

Notarial Certificate

(96)S.Z.W.Z.No. 2870

This is to certify that the above English translation is in conformity with the Chinese original of Notarial Certificate (96) S.Z.W.Z.No. 2869 to Sun Jianping & Sun Xiaowei.

Shanghai Notary Public Office

The People's Republic of China

(Sealed)

Notary Public: Jin Wenyu

(Sealed)

Dated this 3rd day of July, 1996.

公　　　证　　　书

(96)申证外字第２８７０号

　　兹证明前面的英文译本内容与孙建平和孙晓薇的
(96)申证外字第2869号公证书中文正本相符。

中华人民共和国上海市公证处

公　证　员　

一九九六年七月三日

6891328

# 公 证 书

中华人民共和国上海市公证处

EMPLOYMENT AND TRAINING ADMINISTRATION

The Curtis Center

**170 S. Independence Mall West**

**Suite 825 East**

**Philadelphia, Pennsylvania 19106-3315**

| FINAL DETERMINATION |

P2003-VA-03392737

In reply refer to: BJS

February 3, 2004

Jianping SUN
Alien's name

Market Research Analyst I
Alien's Occupation

Capital One Services, Inc.
Mark Mancini, Esquire
c/o Wasserman, Mancini & Chang
1915 Eye Street, N.W., Suite 400
Washington, DC 20006

February 21, 2002
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 **has been certified** and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

STEPHEN W. STEFANKO
Certifying Officer

cc:    State ES Agency - **Virginia**
       Capital One Services, Inc.
       Jianping SUN

Attachments: ETA 750A, ETA 750B

OMB Approval No. 44-R1301

| U.S. DEPARTMENT OF LABOR<br>Employment and Training Administration<br><br>APPLICATION<br>FOR<br>ALIEN EMPLOYMENT CERTIFICATION | IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM<br>PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.<br><br>To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001) |
|---|---|

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) | | |
|---|---|---|
| **SUN** | **Jianping** | |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | | | 3. Type of Visa (If in U.S.) |
|---|---|---|---|
| 14093 Lotus Ln. | #1634 | | |
| Centreville | VA | USA | 20120 | **H-1B1** |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| Capital One Services, Inc. | 804-934-8695 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 11013 West Broad Street |

| Glen Allen | VA | 23060 |
|---|---|---|

| 7. Address Where Alien Will Work (if different from Item 6) |
|---|
| 2650 Park Tower Dr., #110, Vienna, VA 22180 |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| Financial Institution & Bank Holding Company | Senior Competition Analyst | a. Basic | b. Overtime | (Hourly)<br>8:30 a.m.<br>5:30 p.m. | a. Basic<br>$ 82,300<br>per year | b. Overtime<br>$ N/A<br>per hour |
| | | 40 | N/A | | | |

13. Describe Fully the job to be Performed (Duties)

Analyze market and competing firms in order to better understand market dynamics and competing firms' strategies. Drive the sharing of information within the company and leverage in-house tools to better serve the Business Department's needs. Based on the analysis of competing firms, identify areas of opportunity and concern for Capital One.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements<br>Knowledge of and exp in e-business strategy and e-strategy planning process. |
|---|---|---|---|---|

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify)<br>Master's degree |
|---|---|---|---|---|
| | 6 | 6 | 5-6 | Major Field of Study<br>MIS or Finance |

| TRAIN-ING | No. Yrs.<br>N/A | No. Mos.<br>N/A | Type of Training<br>N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify)<br>Management Associate |
|---|---|---|---|---|
| | Number | | | |
| | Yrs. | Mos. | Yrs. | Mos. |
| | 0 | 6 OR | 0 | 6 |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Manager | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

S.O.

FEB 2 1 2002

L.O.

JUN 3 0 2003

Ind. Code

Occ. Code

**CERTIFICATION**

PURSUANT TO THE PROVISIONS OF SECTION 212 (A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

FEB 0 3 2004
(DATE)

(CERTIFYING OFFICER)

Occ. Title

PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: if alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.
IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.
Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First name | Middle name | Maiden name |
|---|---|---|---|
| **SUN** | Jianping | | |

| 2. Present Address (No., Street, City or Town, State or Province and ZIP code) | | Country | 3. Type of Visa (if in U.S.) |
|---|---|---|---|
| 14093 Lotus Ln. | #1634 | | |
| Centreville          VA | USA | 20120 | H-1B1 |

| 4. Alien's Birthdate (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|
| 12/10/1971 | Shanghai | China | China |

7. Address in United States Where Alien Will Reside
Same as item 2.

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | | | 9. Occupation in which Alien is Seeking Work |
|---|---|---|---|
| Capital One Services, Inc. | | | **Senior Competition Analyst** |
| 11013 West Broad Street | | | |
| Glen Allen | VA | 23060 | |

10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ Alien will apply for a visa abroad at the American Consulate in | | | |

| | | City | State |
|---|---|---|---|
| b. ☒ Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | | Arlington, VA | |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (Include trade or vocational training facilities) | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| Fudan University Shanghai, China | World Economy | 09 | 1989 | 07 | 1993 | B.A. |
| Duke University Durham, NC | Finance | 08 | 1997 | 05 | 1999 | M.B.A. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SPECIAL QUALIFICATIONS AND SKILLS

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.
Knowledge of and exp in e-business strategy and e-strategy planning process.

13. List Licenses (Professional, journeyman, etc.)
N/A

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented
Alien's diploma, transcript, and experience letter.

Endorsements

(Make no entry in this section - FOR Government Agency USE ONLY)

DATE REC. DOL

O.T. & C.

(Items continued on next page)

**Capital**One®

Capital One Services, Inc.
5101 Cox Road
Glen Allen, VA 23060

Department of Homeland Security
Citizenship and Immigration Service
Vermont Service Center

February 23, 2004

## Re:   Offer of Employment Letter
## For Mr. Jianping SUN

Dear Sir or Madam:

This letter is to verify that Mr. Jianping SUN is currently employed by this company. We
would like to continue to offer Mr. Sun a permanent position as a Senior Competition
Analyst when he is granted permanent residency in the United States.

The responsibility of Mr. Sun includes the following:

*Analyze market and competing firms in order to better understand market
dynamics and competing firms' strategies. Drive the sharing of information within the
company and leverage in-house tools to better serve the Business Department's needs.
Based on the analysis of competing firms, identify areas of opportunity and concern for
Capital One.*

Mr. Sun works 40 hours per week and is compensated at the rate of $87,760.00 per year.
Should you have any questions, please feel free to contact us.

City / County of Henrico
Commonwealth/State of Virginia
The foregoing instrument was acknowledged
before me this 25 day of February,
2004, by
Margaret Huzek
(name of person seeking acknowledgement)
Notary Public
My commission expires: 11/30/2007

Sincerely yours,

Margaret Huzek
Immigration Administrator

U.S. Department of Justice
Immigration and Naturalization Service
Case 1:07-cv-00504-JDB    Document 1-3    Filed 03/16/2007    Page 37 of 113

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-03-126-53545 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE March 18, 2003 | PRIORITY DATE | PETITIONER CAPITAL ONE SERV |
| NOTICE DATE May 15, 2003 | PAGE 1 of 1 | BENEFICIARY SUN, JIANPING |

| SAM H. CHANG ESQ WASSERMAN MANCINI & CHANG P C 1915 EYE ST NW #400 WASHINGTON DC 20006 | Notice Type: Approval Notice Class: H1B1 Valid from 09/01/2003 to 01/13/2006 |
|---|---|

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt # EAC-03-126-53545
I-94# 538977982/05
NAME SUN, JIANPING
CLASS H1B1
VALID FROM 09/01/2003 UNTIL 01/13/2006

PETITIONER: CAPITAL ONE SERV
11013 WEST BROAD STREET
GLEN ALLEN VA 23060

Form I797A (Rev. 09/07/93)N

---

538977982 05

Receipt Number EAC-03-126-53545
Immigration and
Naturalization Service

I-94
Departure Record        Petitioner: CAPITAL ONE S

| 14. Family Name SUN | |
|---|---|
| 15. First (Given) Name JIANPING | 16. Date of Birth 12/10/1971 |
| 17. Country of Citizenship CHINA, PEOPLE'S REPUBLIC OF | |

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I129 |
|---|---|---|---|
| EAC-00-256-52680 | | PETITION FOR A NONIMMIGRANT WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| August 25, 2000 | | CAPITAL ONE SERV |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| September 19, 2001 of 1 | | SUN, JIANPING |

SAM H. CHANG
WASSERMAN MANCINI & CHANG
1915 EYE STREET NW SUITE 400
WASHINGTON DC 20006

Notice Type: Approval Notice
Class: H1B1
Valid from 09/19/2000 to 08/31/2003

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change of employer requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning to the left part/can/be used in applying for the new visa. If a visa is not required, he or she should present it, and any other required documentation, when applying for reentry in this new classification at a port of entry or at a flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-00-256-52680
I-94# 538977982 05
NAME SUN, JIANPING
CLASS H1B1

VALID FROM 09/19/2000 UNTIL 08/31/2003

PETITIONER: CAPITAL ONE SERV
11013 WEST BROAD STREET
GLEN ALLEN VA 23060

**538977982 05**

Receipt Number EAC-00-256-52680
Immigration and
Naturalization Service

I-94
Departure Record        Petitioner: CAPITAL ONE'S
SUN

| 14. Family Name | | |
|---|---|---|
| SUN | | |
| 15. First (Given) Name | | 16. Date of Birth |
| JIANPING | | 12/10/1971 |
| 17. Country of Citizenship | | |
| CHINA, PEOPLE'S REPUBLIC OF | | |

Form I797A (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-00-037-51592 | | CASE TYPE  I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>November 22, 1999 | PRIORITY DATE | PETITIONER<br>AETNA INTL |
| NOTICE DATE<br>January 18, 2000 | PAGE<br>1 of 1 | BENEFICIARY<br>SUN, JIANPING |

JAMES M. STILLWAGGON
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Notice Type:  Approval Notice
Class: H1B1
Valid from 01/14/2000 to 12/01/2002

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The nonimmigrant can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-3160

Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt # EAC-00-037-51592
I-94# 538977982 05
NAME SUN, JIANPING
CLASS H1B1

VALID FROM 01/14/2000 UNTIL 12/01/2002

PETITIONER AETNA INTL
151 FARMINGTON AVENUE
HARTFORD CT 06156

Form I797A (Rev. 09/07/93)N

---

**538977982 05**

Receipt Number EAC-00-037-51592
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner: AETNA INTL

| 14. Family Name<br>SUN | |
|---|---|
| 15. First (Given) Name<br>JIANPING | 16. Date of Birth<br>12/10/1971 |
| 17. Country of Citizenship<br>CHINA, PEOPLE'S REPUBLIC OF | |





This page must be completed and signed in the U.S. by a designated school official.

**1.**

Family Name (surname)
Sun

First (given) name (do not enter middle name)
Jianping

Country of birth
China (People's Rep. Of)

Date of birth (mo./day/year)
12/10/71

Country of citizenship
China (People's Rep. Of)

Admission number (Complete if known)
53897798205

For Immigration Official Use

Visa issuing post

Date Visa issued

**2.**

School (school district) name
Duke University

Reinstated, extenuion granted to:

School official to be notified of student's arrival in U.S. (Name and Title)
Charlotte Nunez-Wolff, Assistant Director

School address (include zip code)
International Office, Box 3882, DUMC, Durham, NC 27710

School code (including 3-digit suffix, if any) and approval date
CLT    214F    0087.001    approved on 12/06/83

**3.** This certificate is issued to the student named above for:

(Check and fill out as appropriate)

a. ☑ Initial attendance at this school.

b. ☐ Continued attendance at this school.

c. ☑ School transfer.

Transferred from Eastern New Mexico University

d. ☐ Use by dependents for entering the United States.

e. ☐ Other _____

**4.** Level of education the student is pursuing or will pursue in the United States:

(check only one)

a. ☐ Primary          e. ☒ Master's

b. ☐ Secondary        f. ☐ Doctorate

c. ☐ Associate        g. ☐ Language training

d. ☐ Bachelor's       h. ☐ Other

**5.** The student named above has been accepted for a full course of study at

this school, majoring in Business Administration

The student is expected to report to the school not later than (date)
8/18/97 and complete studies not later than (date) 5/16/99

The normal length of study is Two Years.

**6.** ☒ English proficiency is required:

☐ The student has the required English proficiency.
    ☒

☐ The student is not yet proficient, English instructions will be given at

the school.

☐ English proficiency is not required because _____

**7.** This school estimates the student's average costs for an academic term of
9 (up to 12) months to be:

| | | |
|---|---|---|
| a. Tuition and fees | $ | 25,265.00 |
| b. Living expenses | $ | 9,320.00 |
| c. Expenses of dependents | $ | 7,000.00 |
| d. Other (specify): | $ | 0.00 |
| Total | $ | 41,585.00 |

**8.** This school has information showing the following as the student's means of
support, estimated for an academic term of __9__ months (Use the same
number of months given in item 7).

| | | |
|---|---|---|
| a. Student's personal funds | $ | 26,710.00 |
| b. Funds from this school | $ | 4,000.00 |
| (specify type) | | Fellowship |
| c. Funds from another source | $ | 33,862.00 |
| (specify type and source) | | ** Family funds |
| d. On-campus employment (if any) | $ | 0.00 |
| Total | $ | 64,572.00 |

**9.** Remarks: * - Personal funds verified by Portales National Bank;
Portales, New Mexico funds verified by **Funds verified by
Bank Of China

Deplirate bensuo manufer Chw
hansfer offected 8 8c47

**10.** School Certification: I certify under penalty of perjury that all information provided above in items 1 through 8 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school, the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and I am authorized to issue this form.

Signature of designated school official

Charlotte Nunez-Wolff, Assistant Director

Name of school official (print or type)

Title

Date issued

Durham, NC

Place issued (city and state)

**11.** Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on Page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

Signature of student

Jianping Sun

Name of student

08/20/97

Date

Signature of parent or guardian
if student is under 18

Name of parent/guardian (Print or type)

Address(city)

(State or province)

(Country)

(Date)

Form I-20 A-B/I-20ID (Rev 04-27-88)N

For official use only
Microfilm Index Number

I-20-ID (STUDENT) COPY

THIS PAGE, WHEN PROPERLY ENDORSED, MAY BE USED FOR ENTRY OF THE SPOUSE AND CHILDREN OF AN F-1 STUDENT FOLLOWING TO JOIN THE STUDENT IN THE UNITED STATES OR FOR REENTRY OF THE STUDENT TO ATTEND THE SAME SCHOOL AFTER A TEMPORARY ABSENCE FROM THE UNITED STATES.

**For reentry of the student and/or the F-2 dependents (EACH CERTIFICATION SIGNATURE IS VALID FOR ONLY ONE YEAR.)**

| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
|---|---|---|---|
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |

Dependent spouse and children of the F-1 student who are seeking entry/reentry to the U.S.

| Name family (caps)      first | Date of birth | Country of birth | Relationship to the F-1 student |
|---|---|---|---|
| Sun          Xiaowei | 10/10/69 | China (People's Rep. Of) | Spouse |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Student Employment Authorization and other Records**

| | | |
|---|---|---|
| full-time curricular practical training authorized for _Business Administration_ at _Aetna International Hartford,CT_ from _5/18/98_ to _8/21/98_.   Catheryn Cotten  3/7/98  Director | | |

U.S. Department of Justice
Immigration and Naturalization Service
Certificate of Eligibility for Nonimmigrant (F-1) Student Status - For Academic and Language Students
Please Read Instructions on Page 2

Case 1:07-cv-00504-JDB    Document 1-3    Filed 03/16/2007    Page 43 of 113

Page 3

This page must be completed and signed in the U.S. by a designated school official.

1. Family Name (surname)
SUN

First (given) name (do not enter middle name)
Jianping

Country of birth
PR CHINA

Date of birth (mo./day/year)
12/10/71

Country of citizenship
PR CHINA

Admission number (Complete if known)

For Immigration Official Use
160 LOS 4380

AUG 14 1996

ADMITTED
UNTIL
Visa issuing post    Date Visa issued

2. School (school district) name
Eastern New Mexico University - Portales Campus

School official to be notified of student's arrival in U.S. (Name and Title)
Pat Dodd, Foreign Student Admissions, Station #7

Reinstated, extension granted to:

School address (include zip code)
Portales, NM 88130

School code (including 3-digit suffix, if any) and approval date
LLP    0042.001
214F    approved on    4/13/48

3. This certificate is issued to the student named above for:
(Check and fill out as appropriate)
a. ☐ Initial attendance at this school.    full time
b. ☐ Continued attendance at this school.
c. ☐ School transfer.
   Transferred from
d. ☐ Use by dependents for entering the United States.
e. ☐ Other

4. Level of education the student is pursuing or will pursue in the United States:
(check only one)
a. ☒ Primary          e. ☒ Master's
b. ☐ Secondary        f. ☒ Doctorate
c. ☐ Associate        g. ☐ Language training
d. ☐ Bachelor's       h. ☐ Other

5. The student named above has been accepted for a full course of study at this school, majoring in Business Administration
The student is expected to report to the school not later than (date)
8/20/96    and complete studies not later than (date) May '98
The normal length of study is 2 to 3 years.

6. ☒ English proficiency is required:
☒ The student has the required English proficiency.
☐ The student is not yet proficient, English instructions will be given at the school.
☐ English proficiency is not required because

7. This school estimates the student's average costs for an academic term of
12 (up to 12) months to be:
a. Tuition and fees      $ 1,800
b. Living expenses       $ 4,380
c. Expenses of dependents $
d. Other (specify):      $
   Total    $ 6,180

8. This school has information showing the following as the student's means of support, estimated for an academic term of _____ months (Use the same number of months given in item 7).
a. Student's personal funds       $
b. Funds from this school         $
   (specify type)
c. Funds from another source      $
   (specify type and source)
d. On-campus employment (if any)  $ 6,180
   Total    $ 6,180

9. Remarks: HEALTH AND ACCIDENT INSURANCE
IS MANDATORY
A GRADUATE ASSISTANTSHIP WAIVES
THE OUT-OF-STATE TUITION

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 8 was completed before I signed this form and is true and correct; I executed this form in the United States, after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and I am authorized to issue this form.

Signature of designated school official    Bettye Gollehon    Name of school official (print or type)    Graduate Admissions    Title    3/19/96    Date issued    Portales, NM 88130    Place issued (city and state)

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on Page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

Signature of student    JIANPING SUN    Name of student    May 20, 1996    Date

Signature of parent or guardian
if student is under 18    Name of parent/guardian (Print or type)    Address (city)    (State or province)    (Country)    (Date)

Form I-20 A-B/I-20ID (Rev 04-27-88)N

For official use only

I-20-ID (STUDENT) COPY

THIS PAGE, WHEN PROPERLY ENDORSED, MAY BE USED FOR ENTRY OF THE SPOUSE AND CHILDREN OF AN F-1 STUDENT FOLLOWING TO JOIN THE STUDENT IN THE UNITED STATES OR FOR REENTRY OF THE STUDENT TO ATTEND THE SAME SCHOOL AFTER A TEMPORARY ABSENCE FROM THE UNITED STATES.

**For reentry of the student and/or the F-2 dependents (EACH CERTIFICATION SIGNATURE IS VALID FOR ONLY ONE YEAR.)**

| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
|---|---|---|---|
| *Patricia Dodd* | Patricia Dodd, Foreign Admissions Specialist | | 5/16/97 |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |

Dependent spouse and children of the F-1 student who are seeking entry/reentry to the U.S.

| Name family (caps)      first | Date of birth | Country of birth | Relationship to the F-1 student |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Student Employment Authorization and other Records**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |





此表示你不是美國移民，不能在美國工作，亦不能驅逐出境

最要緊的時候，需要帶此證在身邊，……境時將此證交回邊警，如不交回，下次入美境時或有困難。

表格上的期限，到時要出境，如下出境或未有向移民局詢請延期，是犯了美國移民法律。

**出境時要將此證交回：**
- 搭船者，交回船公司
- 搭飛機者，交回航空公司
- 由加拿大出境，交加拿大邊警
- 由墨西哥出境，交回美國邊警

Record of Changes

Port:                                          Departure Record

Date:

Carrier:

14 1283880





中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要的协助。

*The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.*

199_ _ 06 _ _ 上 海

签发日期
Date of issue
07 JU_ 19_ _

签发地点
Place of issue
SHANGHAI

3101

| P | CHN | 14 1283880 |
| --- | --- | --- |

姓 名  Name in full



孙 建 平
SUN JIANPING

| 性 别 Sex | 身 份 Profession | 婚姻状况 Marital status |
| --- | --- | --- |
| 男 M | 职 员 EMPLOYEE | 未 婚 SINGLE |

出生日期  Date of birth
1971.12.10
10 DEC 1971

出生地点  Place of birth
上 海
SHANGHAI

有效期至  Date of expiry
1999.06.06

身份证号码  Identity card No.
450302711210001

延　期　Renewals

本护照有效期延长至 _2004_ 年 _6_ 月 _5_ 日

The　validity　of　this

passport is extended to _Jun. 5, 2004_

_1999_ 年 _3_ 月 _10_ 日

_Mar. 10, 1999_

偕　行　儿　童　Accompanying children

| | | |
|---|---|---|
| 姓　名<br>Name in full | | 姓　名<br>Name in full |
| 性　别<br>Sex | 出生日期<br>Date of birth | 性　别<br>Sex | 出生日期<br>Date of birth |
| 加注日期<br>Registration date | | 加注日期<br>Registration date |



延　期　Renewals

本护照有效期延长至　2009　年　06　月　05　日
The　validity　of　this
passport　is　extended　to　　05　JUN　2009

2004　年　02　月　13　日

13 FEB 2004

**U.S. Department of Justice**

Immigration and Naturalization Service

Not of Entry of Appearance as Attorney or Representative

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:<br><br>SUN, Jianping | Date     / /<br><br>File No.    N/A |
|---|---|

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name<br>Jianping      N/A      SUN | ☐ Petitioner<br>☐ Beneficiary | ☒ Applicant | |
|---|---|---|---|

| Address (Apt. No.)   (Number & Street)<br>3920 Poplar Creek Ct. | (City)<br>Fairfax | (State)<br>VA | (ZIP Code)<br>22033 |
|---|---|---|---|

| Name | ☐ Petitioner<br>☐ Beneficiary | ☐ Applicant | |
|---|---|---|---|

| Address (Apt. No.)   (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

DC      Court of Appeals      and am not under a court or administrative agency

_____ Name of Court _____
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS<br>Wasserman, Mancini & Chang<br>1915 Eye Street, N.W. Suite 400<br>Washington      DC   20006 |
|---|---|
| NAME (Type or Print)<br>Sam H. Chang, Esq. | TELEPHONE NUMBER<br>202-783-8905      202-333-1688 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Sam H. Chang, Esq. (Wasserman, Mancini & Chang, P.C.)

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

I-765

| Name of Person Consenting<br>SUN, Jianping | Signature of Person Consenting | Date<br>2/28/04 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

**U. S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0163; Expires 04/31/05
**Application for Employment Authorization**

## Do Not Write in This Block

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended (Circle one)       until _____ (Date).
_____ (Date).

Subject to the following conditions: _____
☐ Application Denied.
   ☐ Failed to establish eligibility under 8 CFR 274a.12(a) or (c).
   ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:  ☒ Permission to accept employment
   ☐ Replacement *(of lost employment authorization document).*
   ☐ Renewal of my permission to accept employment   *(attach previous employment authorization document).*

| 1. Name (Family Name in CAPS) (First) (Middle) | 11. Have you ever before applied for employment authorization from INS? |
|---|---|
| SUN   Jianping   N/A | ☐ Yes (if yes, complete below)   ☒ No |

2. Other Names Used (Include Maiden Name)
N/A

Which INS office?   Date(s)

| 3. Address in the United States (Number and Street) (Apt. Number) | Results (Granted or Denied - attach all documentation) |
|---|---|
| 3920 Poplar Creek Ct. | |

| (Town or City) (State/Country) (ZIP Code) | 12. Date of Last Entry into the U.S. (Month/Day/Year) |
|---|---|
| Fairfax  VA   USA   22033 | 08/14/1996 |

| 4. Country of Citizenship/Nationality | 13. Place of Last Entry into the U.S. |
|---|---|
| China   Chinese | Los Angeles, CA |

| 5. Place of Birth (Town or City) (State/Province) (Country) | 14. Manner of Last Entry (Visitor, Student, etc.) |
|---|---|
| Shanghai   China | F-1 (Now H-1B) |

| 6. Date of Birth (Month/Day/Year)  7. Sex | 15. Current Immigration Status (Visitor, Student, etc.) |
|---|---|
| 12/10/1971  ☒ Male ☐ Female | I-485 pending |

8. Marital Status  ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

16. Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

9. Social Security Number (Include all Numbers you have ever used)
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

Eligibility under 8 CFR 274a.12

10. Alien Registration Number (A-Number) or I-94 Number (if any)
N/A   538977982 05

( C )( 0 )( 9 )

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| | ✓ 703-631-3943 | ✓ 2/28/04 |

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Print Name   Address   Signature   Date
Sam H. Chang, Esq.
Wasserman, Mancini & Chang
1915 I Street NW Suite 400, Washington DC 20006

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 5/09/02)Y

INTERNAL MEDICINE PRACTICE, PC
8233 OLD COURTHOUSE RD.
VIENNA, VIRGINIA 22182

Re: Sun, Xiao Wei





U.S. Department of Justice
Immigration and Naturalization Service

Notice of Entry of Appearance
as Attorney or Representative

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | SUN, Xiaowei | Date | / / |
| | | File No. | N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | | ☐ Petitioner | ☒ Applicant | |
| Xiaowei | N/A | SUN | | ☐ Beneficiary | | |
| Address (Apt. No.) | (Number & Street) | | (City) | | (State) | (ZIP Code) |
| | 3920 Poplar Creek Ct. | | Fairfax | | VA | 22033 |
| Name | | | | ☐ Petitioner | ☐ Applicant | |
| | | | | ☐ Beneficiary | | |
| Address (Apt. No.) | (Number & Street) | | (City) | | (State) | (ZIP Code) |

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

DC                    Court of Appeals                    and am not under a court or administrative agency

Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.    (If you check this item, also

check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | Wasserman, Mancini & Chang |
| | 1915 Eye Street, N.W. Suite 400 |
| | Washington        DC  20006 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Sam H. Chang, Esq. | 202-783-8905        202-333-1688 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE OF THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

Sam H. Chang, Esq. (Wasserman, Mancini & Chang, P.C.)

(Name of Attorney or Representative)

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

I-485

| Name of Person Consenting | Signature of Person Consenting | Date |
| SUN, Xiaowei | Xiaowei Sun | 2/28/2004 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 EtSEQ.

Form G-28 (09-26-00)Y

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053
**Form I-485, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **SUN** | Given Name **Xiaowei** | Middle Initial **N/A** |

Address  - C/O

| | |
|---|---|
| Street Number and Name  **3920 Poplar Creek Ct.** | Apt. # |

City   **Fairfax**

| | |
|---|---|
| State   **VA** | Zip Code   **22033** |

| | |
|---|---|
| Date of Birth (month/day/year)   **10/10/1969** | Country of Birth   **China** |

| | |
|---|---|
| Social Security #   **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** | A # (if any)   **N/A** |

| | |
|---|---|
| Date of Last Arrival (month/day/year)   **10/04/1996** | I-94 #   **538977982 05** |

| | |
|---|---|
| Current INS Status   **H-1B** | Expires on (month/day/year)   **1/1/2005** |

### Part 2. Application Type.   *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐  an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒  My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

Husband:   SUN, Jianping

c. ☐  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐  I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐  I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐  I have continuously resided in the U.S. since before January 1, 1972.

h. ☐  Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:   *(Check one)*

i. ☐  I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐  I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

#### Section of Law

☐  Sec. 209(b), INA
☐  Sec. 13, Act of 9/11/57
☐  Sec. 245, INA
☐  Sec. 249, INA
☐  Sec. 1 Act of 11/2/66
☐  Sec. 2 Act of 11/2/66
☐  Other _____

**Country Chargeable**

#### Eligibility Under Sec. 245

☐  Approved Visa Petition
☐  Dependent of Principal Alien
☐  Special Immigrant
☐  Other

**Preference**

**Action Block**

##### To Be Completed by Attorney or Representative, if any

☐  Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*    Form I-485 (Rev. 02/07/00)N Page 3

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) | (First name) | | (Middle name) | ☐ MALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|---|
| SUN | Xiaowei | | N/A | ☒ FEMALE | 10/10/1969 | Chinese | A N/A |

| ALL OTHER NAMES USED | (Including names by previous marriages) | | CITY AND COUNTRY OF BIRTH | | | SOCIAL SECURITY NO. (If any) |
|---|---|---|---|---|---|---|
| N/A | | | Shanghai | China | | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|---|
| FATHER | SUN | Xianggen | 9/19/36, Shanghai, China | | Shanghai, China |
| MOTHER (Maiden name) | SHAO | Yijun | 8/23/36, Shanghai, China | | Shanghai, China |

| HUSBAND (If none, so state) FAMILY NAME<br>OR<br>WIFE | (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| SUN | | Jianping | 12/10/1971 | Shanghai<br>China | 7/1/94 | Shanghai<br>China |

| FORMER HUSBANDS OR WIVES (If none, so state)<br>FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST.

| | | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | | MONTH | YEAR | MONTH | YEAR |
| 3920 Poplar Creek Ct. | Fairfax | VA | USA | | 02 | 02 | PRESENT TIME | |
| 14093 Lotus Lane, #1634 | Centreville | VA | USA | | 06 | 01 | 02 | 02 |
| 1524 White Pine Drive | Durham | NC | USA | | 08 | 99 | 06 | 01 |
| 2752 Campus Walk Ave., 30H | Durham | NC | USA | | 02 | 99 | 08 | 99 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| | | FROM | | TO | |
|---|---|---|---|---|---|
| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | MONTH | YEAR | MONTH | YEAR |
| Capital One, McLean, VA | Financial Analyst | 06 | 01 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR
☐ NATURALIZATION    ☐ OTHER (SPECIFY):
☒ STATUS AS PERMANENT RESIDENT

SIGNATURE OF APPLICANT        DATE

*Xiaowei Sun*        2 / 28 / 2004

IF YOUR NATIVE ALPHABET IS OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

**Submit both copies of this form.**

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| SUN | Xiaowei | N/A | N/A |

Form G-325 (Rev. 9/11/00)Y

(1) Ident.

Translation

## Notarial Certificate

(96)S.Z.W.Z.No. 3877

This is to certify that Sun Xiaowei (female) was born on October 10, 1969 in Shanghai, China. Her father is Sun Xianggen and her mother is Shao Yijun.

Shanghai Notary Public Office

The People's Republic of China

(Sealed)

Notary Public: Jin Wenyu

(Sealed)

Dated this 18th day of September, 1996.

公　　　证　　　书

(96)申证外字第３８７７号

　　兹证明孙晓薇（女）于一九六九年十月十日在中国上海市出生。孙晓薇的父亲是孙祥根，孙晓薇的母亲是邵义君。



中华人民共和国上海市公证处

公　证　员　

一九九六年九月十八日

V 03905380

ranslation

## Notarial Certificate

(96)S.Z.W.Z.No. 3878

This is to certify that the above English translation is in conformity with the Chinese original of Jun Xiaowei's Notarial Certificate (96) S.Z.W.Z.No. 3877.

Shanghai Notary Public Office

The People's Republic of China

(Sealed)

Notary Public: Jin Wenyu

(Sealed)

Dated this 18th day of September, 1996.

公　　证　　书

(96) 申证外字第３８７８号

　　兹证明前面的英文译本内容与孙晓薇的(96)申证外字第3877号公证书中文正本相符。

中华人民共和国上海市公证处

公　证　员　

一九九六年九月十八日

03905303

# 公　证　书

中华人民共和国上海市公证处

Translation

## Notarial Certificate

(96)S.Z.W.Z.No. 2869

This is to certify that Sun Jianping (male, born on December 10, 1971) & Sun Xiaowei (female, born on October 10, 1969) were married on July 1, 1994 at Hong Kou District, Shanghai, China.

Shanghai Notary Public Office

The People's Republic of China

(Sealed)

Notary Public: Jin Wenyu

(Sealed)

Dated this 3rd day of July, 1996.

公　　　证　　　书

(96) 申证外字第 2 8 6 9 号

　　兹证明孙建平（男，一九七一年十二月十日出生）与孙晓薇（女，一九六九年十月十日出生）于一九九四年七月一日在中国上海市虹口区登记结婚。

中华人民共和国上海市公证处



公　证　员 



一九九六年七月三日

8891425

Translation

Notarial Certificate

(96)S.Z.W.Z.No. 2870

This is to certify that the above English translation is in conformity with the Chinese original of Notarial Certificate (96) S.Z.W.Z.No. 2869 to Sun Jianping & Sun Xiaowei.

Shanghai Notary Public Office

The People's Republic of China

(Sealed)

Notary Public: Jin Wenyu

(Sealed)

Dated this 3rd day of July, 1996.

公　　证　　书

（96）申证外字第２８７０号

　　兹证明前面的英文译本内容与孙建平和孙晓薇的

（96）申证外字第2869号公证书中文正本相符。

中华人民共和国上海市公证处

公　证　员　

一九九六年七月三日

3891328

# 公　证　书

## 中华人民共和国上海市公证处

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-02-022-52079 | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE<br>October 26, 2001    PRIORITY DATE | PETITIONER<br>CAPITAL ONE SERV |
| NOTICE DATE<br>December 10, 2001    PAGE 1 of 1 | BENEFICIARY<br>SUN, XIAOWEI |

| | |
|---|---|
| SAM H. CHANG<br>WASSERMAN MANCINI & CHANG PC<br>1915 EYE STREET NW SUITE 400<br>WASHINGTON DC 20006 | Notice Type: Approval Notice<br>Class: H1B1<br>Valid from 01/02/2002 to 01/01/2005 |

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt # EAC-02-022-52079
I-94# 636359379 05
NAME SUN, XIAOWEI
CLASS H1B1

VALID FROM 01/02/2002 UNTIL 01/01/2005

PETITIONER: CAPITAL ONE SERV
       11013 WEST BROAD STREET
       GLEN ALLEN VA 23060

**636359379 05**

Receipt Number EAC-02-022-52079
Immigration and
Naturalization Service

I-94
Departure Record      Petitioner: CAPITAL ONE S

| 14. Family Name<br>SUN | |
|---|---|
| 15. First (Given) Name<br>XIAOWEI | 16. Date of Birth<br>10/10/1969 |
| 17. Country of Citizenship<br>CHINA, PEOPLE'S REPUBLIC OF | |



Form I797A (Rev. 09/07/93)N

- *Please save this notice for your records. Please enclose a copy if you have to write us or a U.S. Consulate about this case, or if you file another application based on this decision.*

- *You will be notified separately about any other applications or petitions you have filed.*

## *Additional Information*

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRANT PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U. S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U. S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice, the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U. S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status.*

### I-94 ATTACHMENT.

The section of this notice below the perforation is a replacement Form I-94. After you have used this form to complete any necessary Form I-9, or other required documentation, tear off the bottom portion and give it to the alien. When you are looking at the front of the tear off, the alien should keep the right portion with his or her original Form I-94 and passport, if any, as evidence of the changes made to his or her status. A copy of it should be submitted with any subsequent application or petition.

The smaller portion on the left of the tear off is for the alien to keep as a permanent record of this action. He or she should be advised to *not* keep this stub with his or her Form I-94. If he or she should ever lose the replacement Form I-94, a copy of this stub should be submitted with the application for a new replacement Form I-94.

Warning: A nonimmigrant who accepts unauthorized employment is subject to deportation.

mportant: Retain this permit in your possession; you must surrender it when you leave the U. S. Failure to do so may delay your reentry into the U. S. in the future. You are authorized to stay in the U. S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

urrender this permit when you leave the U. S.:

— By sea or air, to the transportation line;

— Across the Canadian border, to a Canadian Official;

— Across the Mexican border, to a U. S. Official;

students planning to reenter the U. S. within 30 days to return to the same school, e "Arrival—Departure" on page 2 of Form I-20 prior to surrendering this permit.

Record of Changes

ALIEN'S PERMANENT RECORD

ort:                              Departure Record

te:

rrier:

ght . #   /Ship ⁻ Name:



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

# EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME SUN, XIAOWEI

INS A# 130-582-710

CARD# SRC0113452935

Birth Country

China People's Republic of

Sex F

NOT VALID FOR REENTRY TO U.S.

Status: Aids Condtn
China People's Republic of
Category: optional practical trng

Fingerprint not available

CARD VALID FROM 06/11/01 EXPIRES 06/11/02

3032138

This card is not evidence of U.S. citizenship or permanent residence. This document is void if altered, and may be revoked by the Immigration and Naturalization Service.    FORM I-766 Rev. (01-03-96)

**U.S. Department of Justice**
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1/F-2/M-1/M-2) Student
Status · For (F-1/F-2)Academic, Language, and (M-1/M-2)Vocational Students

OMB NO. 1115-0209

Please read instructions on Page 2. [X] F-1
This page must be completed and signed in the U.S. by a designated school official.

1. Family Name (surname)
SUN

First (given) name (do not enter middle name)    Middle Initial
XIAOWEI

Country of Birth
CHINA, PEOPLE'S REPUB

Date of Birth (mo./day/year)
10/10/1969

Country of Citizenship
CHINA, PEOPLE'S REPUBL

INS N# ·
CLT0087000-0013940

Dependent's Family Name (surname)

Dependent's First (given) name (do not enter middle name)

Dependent's Country of Birth

Dependent's Date of Birth (mo./day/year)

Dependent's Country of Citizenship

Dependent's INS N#

**Student Copy**

2. School(school district) name
DUKE UNIVERSITY AND/OR MEDICAL CENTER

School official whom student should report to upon arrival to U.S. (Name and Title)
CATHERYN COTTEN/DIRECTOR

School address (include zip code)
INT'L OFFICE, 300 ALEXANDER AVE, DURHAM, NC 27705

School code (including 3-digit suffix, if any) and approval date
CLT    214F  0087.000    approved on  12/06/1996

Gender (sex)    [X] Female

For Immigration Official Use

F-1

3. This certificate is issued to the student named above for:
(Check and fill out as appropriate)

d. [X] Other: see remarks below.

Funding: This school has documentation showing funding for:

[X] F-1 show funding for entire program of study or one year (whichever is less)

7. This school estimates the students average costs for an academic term of
12 · (up to 12) months to be:

| Expenses | | |
|---|---|---|
| a. Tuition and fees | $ | 0.00 |
| b. Living expenses | $ | 15,360.00 |
| c. Expenses of Dependents 0 # | $ | 0.00 |
| d. Medical Insurance | $ | 0.00 |
| e. Other (specify): | $ | 0.00 |
| Total | $ | 15,360.00 |

Educational program the student is pursuing or will pursue in the United States:(Check only one)

f. [X] Master

8. This school has information showing the following as the student's means of support, estimated for an academic term of 12 months (Use the same number of months given in item 7).

| Documented Resources | | |
|---|---|---|
| a. Student's personal funds | $ | 0.00 |
| b. Funds from this school | $ | 0.00 |
| Specify type | | |
| c. Funds from other sources | $ | 70,000.00 |
| Specify type | EMPLOYER | |
| d. On-campus employment | $ | 0.00 |
| Total | $ | 70,000.00 |

The named above has been accepted for a full course of study at this school, majoring in BUSINESS ADMINISTRATION
This form covers the period from 08/16/1999 to 06/11/2002.

English proficiency (check one):

[X] The student is not yet proficient, English instruction will be required.

9. Remarks: ISSUED TO OBTAIN NEW VISA STAMP AND TO REFLECT OPT APPROVAL DATES: 6/11/01-6/11/02. FUNDING PROVIDED BY CAPITAL ONE.

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

| W. PAUL BUMBALOUGH | [signature] | ASSIST DIRECTOR | 05/02/2001 | DURHAM, NC | (919) 681-8472 |
|---|---|---|---|---|---|
| Name of School Official | Signature of designated school official | Title | Date Issued | Place Issued (city and state) | Phone |

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

I understand that my status expires upon completion of this program of study on    08/10/2002    (Mo./Day/Yr.)

| Name of student | Signature of student | Date |
|---|---|---|

| Name of parent or guardian | Signature of parent or guardian if student is under 18 | Address (city) | (State or province) | (Country) | (Date) |
|---|---|---|---|---|---|

Microfilm Number : _____    Form I-20P    PAGE 1

U.S. Department of Justice
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1/F-2/M-1/M-2) Student
Status - For (F-1/F-2)Academic, Language, and (M-1/M-2)Vocational Students

OMB NO. 1115-0209

Please read instructions on Page 2    [X] F-1

This page must be completed and signed in the U.S. by a designated school official.

**Student Copy**

1. 

| Family Name (surname) | Dependent's Family Name (surname) |
|---|---|
| SUN | |

| First (given) name (do not enter middle name) | Middle Initial | Dependent's First (given) name (do not enter middle name) |
|---|---|---|
| XIAOWEI | | |

| Country of Birth | Date of Birth (mo./day/year) | Dependent's Country of Birth | Dependent's Date of Birth (mo./day/year) |
|---|---|---|---|
| CHINA, PEOPLE'S REPUB | 10/10/1969 | | |

| Country of Citizenship | INS N# | Dependent's Country of Citizenship | Dependent's INS N# |
|---|---|---|---|
| CHINA, PEOPLE'S REPUBL | CLT0087000-0013940 | | |

2. School(school district) name

DUKE UNIVERSITY AND/OR MEDICAL CENTER

School official whom student should report to upon arrival to U.S. (Name and Title)

CATHERYN COTTEN/DIRECTOR

School address (include zip code)

INT'L OFFICE, 300 ALEXANDER AVE, DURHAM, NC 27705

School code (including 3-digit suffix, if any) and approval date

CLT    214F  0087 .000    approved on 12/06/1996

Gender (sex)    [X]  Female

For Immigration Official Use

F-1

F-1

3. This certificate is issued to the student named above for:
(Check and fill out as appropriate)

a. [X] Initial attendance at this school.

Previous COA:  F-2

4. Educational program the student is pursuing or will pursue in the United States:(Check only one)

f. [X] Master

5. The named above has been accepted for a full course of study at this school,

majoring in  BUSINESS ADMINISTRATION

This form covers the period from 08/16/1999 to 05/13/2001 .

6. English proficiency (check one):

[X] The student is not yet proficient, English instruction will be required.

**Funding:** This school has documentation showing funding for:

[X] F-1 show funding for entire program of study or one year (whichever is less)

7. This school estimates the students average costs for an academic term of ___9___ (up to 12) months to be:

| Expenses | | |
|---|---|---|
| a. Tuition and fees | $ | 28,688.00 |
| b. Living expenses | $ | 11,150.00 |
| c. Expenses of Dependents 0 # | $ | 0.00 |
| d. Medical Insurance | $ | 0.00 |
| e. Other (specify): | $ | 0.00 |
| Total | $ | 39,838.00 |

8. This school has information showing the following as the student's means of support, estimated for an academic term of ___9___ months (Use the same number of months given in item 7).

| Documented Resources | | |
|---|---|---|
| a. Student's personal funds | $ | 26,852.00 |
| b. Funds from this school | $ | 54,000.00 |
| Specify type | SCHOLARSHIP | |
| c. Funds from other sources | $ | 0.00 |
| Specify type | | |
| d. On-campus employment | $ | 0.00 |
| Total | $ | 80,852.00 |

9. Remarks:  PERSONAL FUNDS VERIFIED BY NBC BANK, RALEIGH, NC

10. School Certification: I certify under penalty of perjury that all information provided above in Items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

| W. PAUL BUMBALOUGH | | ASSIST DIRECTOR | 08/24/1999 | DURHAM, NC | (919) 681-8472 |
|---|---|---|---|---|---|
| Name of School Official | Signature of designated school official | Title | Date Issued | Place issued (city and state) | Phone |

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

I understand that my status expires upon completion of this program of study on  07/12/2001   (Mo./Day/Yr.)

| XIAOWEI SUN | Xiaowei Sun | 08/27/99 |
|---|---|---|
| Name of student | Signature of student | Date |

| Name of parent or guardian | Signature of parent or guardian if student is under 18 | Address (city) | (State or province) | (Country) | (Date) |
|---|---|---|---|---|---|

Microfilm Number : _____

Form I-20P

PAGE 1

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

UNITED STATES DEPARTMENT OF JUSTICE

| RECEIPT NUMBER | | | CASE TYPE I539 |
|---|---|---|---|
| SRC-99-190-52807 | | | APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| RECEIPT DATE | PRIORITY DATE | | APPLICANT |
| June 14, 1999 | | | SUN, XIAOWEI |
| NOTICE DATE | PAGE | | BENEFICIARY |
| July 29, 1999 | 1 of 1 | | SUN, XIAOWEI |

XIAOWEI SUN
2752 CAMPUS WALK AVE 30H
DURHAM NC 27705

Notice Type: Approval Notice
Class: F1
Valid for Duration of Status.

The above application for change of nonimmigrant status is approved. The new status is listed above. The length of authorized temporary stay in this status, for the applicant(s) named, is also listed above.

Form I-20 ID (student copy) has also been endorsed to show the student's new classification. This is an important document that he or she must submit with any future applications to this service as long as he or she remains in student status.

An updated I-94 is included in the lower portion of this notice. Each applicant must surrender his or her Form I-94 when leaving the U.S.

If any person included in this application must depart the U.S., he or she may wish to take this notice with them to facilitate their return to this status. He or she must obtain a new visa in the new classification before returning to the U.S.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P.O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 381-1423
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # SRC-99-190-52807
I-94# 636359379 05
NAME SUN, XIAOWEI
CLASS F1
VALID FROM Valid for Duration of Status

PETITIONER: SUN, XIAOWEI
2752 CAMPUS WALK AVE 30H
DURHAM NC 27705

636359379 05

Receipt Number SRC-99-190-52807
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner:

| 14. Family Name | | |
|---|---|---|
| SUN | | |
| 15. First (Given) Name | | 16. Date of Birth |
| XIAOWEI | | 10/10/1969 |
| 17. Country of Citizenship | | |
| CHINA, PEOPLE'S REPUBLIC OF | | |

Form I797A (Rev. 09/07/93)N

919 681 8492          PAGE.02

U.S. Department of Justice
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1/F-2)-Student
Status - For (F-1/F-2)Academic, Language, and (M-1/M-2)Vocational Students

OMB NO. 1115-0209

Please read instructions on Page 2

[X] F-2 Dependent

This page must be completed and signed in the U.S. by a designated school official.

**Student Copy**

| 1. Family Name (surname) | | Dependent's Family Name (surname) |
|---|---|---|
| SUN | | SUN |
| First (given) name (do not enter middle name) | Middle Initial | Dependent's First (given) name (do not enter middle name) |
| JIANPING | | XIAOWEI |
| Country of Birth | Date of Birth (mo./day/year) | Dependent's Country of Birth | Dependent's Date of Birth (mo./day/year) |
| CHINA, PEOPLE'S REPUB | 12/10/1971 | CHINA, PEOPLE'S REPUBL | 10/10/1969 |
| Country of Citizenship | INS N# | Dependent's Country of Citizenship | Dependent's INS N# |
| CHINA, PEOPLE'S REPUBL | CLT0087000-0001460 | CHINA, PEOPLE'S REPUB | CLT0087000-0001461 |

2. School(school district) name

DUKE UNIVERSITY AND/OR MEDICAL CENTER

School official whom student should report to upon arrival to U.S. (Name and Title)

CATHERYN COTTEN/DIRECTOR

School address (include zip code)

INT'L OFFICE 300 ALEXANDER AVE. DURHAM, NC 27705

School code (including 3-digit suffix, if any) and approval date

CLT    214F 0087.000    approved on 12/06/1996

Gender (sex)  [X]  Female

For Immigration Official Use

F-2

3. This certificate is issued to the student named above for:
(Check and fill out as appropriate)

c. [X] Use by dependents for entering the United States.

**Funding:** This school has documentation showing funding for:

[X] F-1 show funding for entire program of study or one year (whichever is less)

7. This school estimates the students average costs for an academic term of
___9___ (up to 12) months to be:

**Expenses**
| | | |
|---|---|---|
| a. Tuition and fees | $ | 25,265.00 |
| b. Living expenses | $ | 9,320.00 |
| c. Expenses of Dependents 1 # | $ | 7,000.00 |
| d. Medical insurance | $ | 0.00 |
| e. Other (specify): | $ | 0.00 |
| Total | $ | 41,585.00 |

4. Educational program the student is pursuing or will pursue in the United States:(Check only one)

f. [X] Master

8. This school has information showing the following as the student's means of support, estimated for an academic term of __9__ months (Use the same number of months given in item 7).

**Documented Resources**
| | | |
|---|---|---|
| a. Student's personal funds | $ | 26,710.00 |
| b. Funds from this school | $ | 4,000.00 |
| Specify type | FELLOWSHIP | |
| c. Funds from other sources | $ | 33,862.00 |
| Specify type | ** FAMILY FUNDS | |
| d. On-campus employment | $ | 0.00 |
| Total | $ | 64,572.00 |

5. The named above has been accepted for a full course of study at this school,
majoring in BUSINESS ADMINISTRATION
This form covers the period from 08/18/1997 to 05/16/1999.

6. English proficiency (check one):

[X] The student has the required English proficiency.

9. Remarks: CURRICULAR PRACTICAL TRAINING AT AETNA INTERNATIONAL, HARTFORD, CT. FROM 5/18/98 TO 8/21/98. ISSUED FOR CONVERSION TO CIPRIS.

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

| CATHERYN COTTEN | | DIRECTOR DUKE INT'L OFFICE | 05/13/1998 | DURHAM, NC | (919) 681-8472 |
|---|---|---|---|---|---|
| Name of School Official | Signature of designated school official | Title | Date Issued | Place issued (city and state) | Phone |

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmig status.

I understand that my status expires upon completion of this program of study on ___07/15/1999___ (Mo./Day/Yr.)

| Name of student | Signature of student | Date |
|---|---|---|

| Name of parent or guardian | Signature of parent or guardian if student is under 18 | Address (city) | (State or province) | (Country) | (Date) |
|---|---|---|---|---|---|

Microfilm Number : _____

Form I-20P

PAGE 1

**This page must be completed and signed in the U.S. by a designated school official.**

**1.**

| | |
|---|---|
| Family Name (surname) | **For Immigration Official Use** |
| SUN | |

First (given) name (do not enter middle name)
Jianping

| Country of birth | Date of birth (mo./day/year) |
|---|---|
| PR CHINA | 12/10/71 |

$F \, 2$

| Country of citizenship | Admission number (Complete if known) |
|---|---|
| PR China | 53897798205 |

Visa issuing post.    Date Visa issued

**2.**
School (school district) name
Eastern New Mexico University - Portales Campus

Reinstated, extension granted to:

School official to be notified of student's arrival in U.S. (Name and Title)
Patricia Dodd, Foreign Admissions Specialist

School address (include zip code)
Station #7, Portales, New Mexico 88130

School code (including 3-digit suffix, if any) and approval date
ELP    214F    0042.001    approved on    4/13/48

**3.** This certificate is issued to the student named above for:
(Check and fill out as appropriate)
a. ☐ Initial attendance at this school.
b. ☐ Continued attendance at this school.
c. ☐ School transfer.
   Transferred from _____
d. ☒ Use by dependents for entering the United States.
e. ☐ Other _____

**4.** Level of education the student is pursuing or will pursue in the United States:
(check only one)
a. ☐ Primary    e. ☒ Master's
b. ☐ Secondary    f. ☐ Doctorate
c. ☐ Associate    g. ☐ Language training
d. ☐ Bachelor's    h. ☐ Other

**5.** The student named above has been accepted for a full course of study at
this school, majoring in Bus, Administration.
The student is expected to report to the school not later than (date)
8/20/96 and complete studies not later than (date) May '98
The normal length of study is 2 to 3 years.

**6.** ☒ English proficiency is required:
☒ The student has the required English proficiency.
☐ The student is not yet proficient, English instructions will be given at the school.
☐ English proficiency is not required because _____

**7.** This school estimates the student's average costs for an academic term of
12 (up to 12) months to be:
a. Tuition and fees        $ 1,600.00
b. Living expenses        $ 4,080.00
c. Expenses of dependents    $ 2,500.00
d. Other (specify):        $
Total $ 8,180.00

**8.** This school has information showing the following as the student's means of
support, estimated for an academic term of 12 months (Use the same
number of months given in item 7).
a. Student's personal funds        $ 6,489.90
b. Funds from this school        $ 6,180.00
   (specify type)        (Assistantship)
c. Funds from another source        $
   (specify type and source)
d. On-campus employment (if any)    $
Total $ 12,669.90

**9.** Remarks: _____

**10.** School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and I am authorized to issue this form.

| | | | | | |
|---|---|---|---|---|---|
| Signature of designated school official | Patricia Dodd, Foreign Adm. Spec.  Name of school official (print or type) | Title | 9/9/96 Date issued | Portales, NM 88130 Place issued (city and state) | |

**11.** Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on Page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

| | | | | | |
|---|---|---|---|---|---|
| Signature of student | JIANPING SUN Name of student | | 09/09/96 Date | | |
| Signature of parent or guardian if student is under 18 | Name of parent/guardian (Print or type) | Address(city) | (State or province) | (Country) | (Date) |

Form I-20 A-B/I-20ID (Rev 04-27-88)N

For official use only

I-20ID (STUDENT) COPY

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

THIS PAGE, WHEN PROPERLY ENDORSED, MAY BE USED FOR ENTRY OF THE SPOUSE AND CHILDREN OF AN F-1 STUDENT FOLLOWING TO JOIN THE STUDENT IN THE UNITED STATES OR FOR REENTRY OF THE STUDENT TO ATTEND THE SAME SCHOOL AFTER A TEMPORARY ABSENCE FROM THE UNITED STATES.

**For reentry of the student and/or the F-2 dependents (EACH CERTIFICATION SIGNATURE IS VALID FOR ONLY ONE YEAR.)**

| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
|---|---|---|---|
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |
| Signature of Designated School Official | Name of School Official (print or type) | Title | Date |

Dependent spouse and children of the F-1 student who are seeking entry/reentry to the U.S.

| Name family (caps)   first | Date of birth | Country of birth | Relationship to the F-1 student |
|---|---|---|---|
| SUN      Xiaowei | 10/10/69 | PR China | Wife |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Student Employment Authorization and other Records**

| | | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

636359379 05

Receipt Number SRC-99-190-52807

Immigration and
Naturalization Service

I-94

Departure Record      Petitioner:

14. Family Name
SUN
15. First (Given) Name                    16. Date of Birth
XIAOWEI                                   10/10/1969
17. Country of Citizenship
CHINA, PEOPLE'S REPUBLIC OF

離境理號款
636359379 05

12,819779820,5,

美國移民局                    U.S. IMMIGRATION
I-94                       160 LOS 4294
出境記錄                     OCT 04 1996

                           ADMITTED   F 1
                                      D ?

14. 姓
S U N
15. 名                                    16.出生 (日月年)
X I A O W E I                            1 0 1 0 6 9
17.國籍
C H I N A

請看後邊                     STAPLE HERE
              CHINESE

---

**Warning:** A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important:** Retain this permit in your possession; you must surrender it when you leave the U. S. Failure to do so may delay your reentry into the U. S. in the future. You are authorized to stay in the U. S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U. S.:
— By sea or air, to the transportation line;
— Across the Canadian border, to a Canadian Official;
— Across the Mexican border, to a U. S. Official;

Students planning to reenter the U. S. within 30 days to return to the same school, see "Arrival—Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

Port:                      **Departure Record**
Date:
Carrier:
Flight # /Ship Name:

警告－如果你不是美國移民，不能在美國工作，犯者可能驅逐出境。

重要－無論任何地方遊歷，需要帶此證在身邊，出境時將此證交回邊暑如不交回，下次入美境時或有困難。

表格上的期限，到時要出境，如不出境或未有向移民局詢請延期，是犯了美國移民法律。

出境時要將此證交回：
－ 搭船者，交回船公司
－ 搭飛機者，交回航空公司
－ 由加拿大出境，交加拿大邊警
－ 由墨西哥出境，交回美國邊警

**Record of Changes**

Port:                      **Departure Record**
Date:
Carrier:
Flight #/Ship Name:

PRINTED AND SOLD BY YANKEE SCHOONER INDUSTRIES CORPORATION
231 WEST 29TH STREET, NEW YORK, NY 10001-5209, U.S.A.
TEL: (212) 239-8200 ; FAX (212) 239-8205







U. S. IMMIGRATION
INS LOS 4234

OCT 04 1996

ADMITTED
UNTIL

## UNITED STATES OF AMERICA VISA

| | |
|---|---|
| Issuing Post Name | Control Number |
| SHANGHAI | 19962691220040 |

Surname
SUN

Given Name
XIAO WEI

| | | | |
|---|---|---|---|
| Passport Number | Sex | Birth Date | Nationality |
| 143095103 | F | 10OCT1969 | CHIN |

Visa Type/Class
R    F2

| | |
|---|---|
| Entries | Issue Date |
| 2 | 25SEP1996 |

Expiry Date
25MAR1997

Annotation
TO JOIN HER HUSBAND SUN JIAN PING
EASTERN NEW MEXICO UNIV.

15229840

VNCHNSUN<<XIAO<WEI<<<<<<<<<<<<<<<<<<<<<<<<<<<
1430951034CHN6910103F9609255F2300B571F48D4D3

中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要的协助。

*The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.*



签发日期 1996 年 09 月
Date of issue

24 SEP 1996

签发地点　　上　海
Place of issue

SHANGHAI



P | CHN | 14 3095103

姓 名　Name in full

孙　晓　薇
SUN XIAOWEI

性 别　Sex | 身 份　Profession | 婚姻状况　Marital status
女 | 职　员 | 已　婚
F | EMPLOYEE | MARRIED

出生日期　Date of birth | 出生地点　Place of birth
1969.10.10 | 上　海
10 OCT 1969 | SHANGHAI

有效期至　Date of expiry　2001.09.23

身份证号码　Identity card No.　310101691010402

POCHNSUN<<XIAOWEI<<<<<<<<<<<<<<<<<<<<<<<<<<<
1430951034CHN6910103F010923519203100<<<<<<62

延　期　Renewals

本 护 照 有 效 期 延 长 至 _2006_ 年 _9_ 月 _22_ 日

The　validity　of　this

passport is extended to _Sep. 22, 2006_



_2001_年 _8_ 月 _8_ 日

_Aug. 8, 2001_

借 行 儿 童　Accompanying children

| | |
|---|---|
| 姓　名<br>Name in full _XIAOWEI SUN_ | 姓　名<br>Name in full |
| 性　别<br>Sex _F_　出生日期<br>Date of birth _10/10/69_ | 性　别<br>Sex　出生日期<br>Date of birth |
| 加注日期<br>Registration date _8/8/01_ | 加注日期<br>Registration date |

U.S. Department of Justice

Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: SUN, Xiaowei | Date | / / |
| | File No. | N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner | ☒ Applicant | |
| Xiaowei | N/A | SUN | ☐ Beneficiary | | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| 3920 Poplar Creek Ct. | | Fairfax | VA | 22033 |

| Name | | | ☐ Petitioner | ☐ Applicant | |
| | | | ☐ Beneficiary | | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |

*Check applicable item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

DC    *Court of Appeals*    and am not under a court or administrative agency

Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.    *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | Wasserman, Mancini & Chang |
| | 1915 Eye Street, N.W. Suite 400 |
| | Washington    DC  20006 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Sam H. Chang, Esq. | 202-783-8905    202-333-1688 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Sam H. Chang, Esq. (Wasserman, Mancini & Chang, P.C.)

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

I-765

| Name of Person Consenting | Signature of Person Consenting | Date |
| SUN, Xiaowei | Xiaowei Sun | 2/28/2004 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

**U. S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0163; Expires 04/31/05
**Application for Employment Authorization**

| Do Not Write in This Block | | |
|---|---|---|
| Remarks | Action Stamp | Fee Stamp |
| A# | | |
| Applicant is filing under §274a.12 _____ | | |

☐ Application Approved. Employment Authorized / Extended (Circle one)   until _____ (Date).
_____ (Date).

Subject to the following conditions: _____
☐ Application Denied.
   ☐ Failed to establish eligibility under 8 CFR 274a.12(a) or (c).
   ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:  ☒ Permission to accept employment
   ☐ Replacement *(of lost employment authorization document)*.
   ☐ Renewal of my permission to accept employment   *(attach previous employment authorization document)*.

| 1. Name (Family Name in CAPS) (First) (Middle) | 11. Have you ever before applied for employment authorization from INS? |
|---|---|
| SUN    Xiaowei    N/A | ☐ Yes (if yes, complete below)    ☒ No |
| 2. Other Names Used (Include Maiden Name)    N/A | Which INS office?             Date(s) |
| 3. Address in the United States (Number and Street) (Apt. Number) | Results (Granted or Denied - attach all documentation) |
| 3920 Poplar Creek Ct. | |
| (Town or City) (State/Country) (ZIP Code) | 12. Date of Last Entry into the U.S. (Month/Day/Year) |
| Fairfax   VA    USA    22033 | 10/04/1996 |
| 4. Country of Citizenship/Nationality | 13. Place of Last Entry into the U.S. |
| China     Chinese | Los Angeles, CA |
| 5. Place of Birth (Town or City) (State/Province) (Country) | 14. Manner of Last Entry (Visitor, Student, etc.) |
| Shanghai      China | F-2 |
| 6. Date of Birth (Month/Day/Year)    7. Sex | 15. Current Immigration Status (Visitor, Student, etc.) |
| 10/10/1969    ☐ Male ☒ Female | I-485 pending |
| 8. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced | 16. Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| 9. Social Security Number (Include all Numbers you have ever used) | Eligibility under 8 CFR 274a.12 |
| 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 | |
| 10. Alien Registration Number (A-Number) or I-94 Number (if any) | ( C ) ( 0 ) ( 9 ) |
| N/A      538977982 05 | |

## Certification

**Your Certification:**  I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| √   Xiaowei Sun | √ 703-780-2067 | √ 2/28/2006 |

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Sam H. Chang, Esq. Wasserman, Mancini & Chang 1915 I Street NW Suite 400, Washington DC 20006 | | | |

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 5/09/02)Y

# EXHIBIT 2

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-160-54692 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>May 7, 2004 | PRIORITY DATE<br>February 21, 2002 | PETITIONER<br>CAPITAL ONE SERVICES INC |
| NOTICE DATE<br>February 22, 2005 | PAGE<br>1 of 1 | BENEFICIARY  A98 364 344<br>SUN, JIANPING |

SAM H. CHANG ESQ
WASSERMAN MANCINI & CHANG
1915 EYE STREET N W SUITE 400
WASHINGTON DC 20006

Notice Type:  Approval Notice
Section: Mem of Profession w/Adv Deg, or
         of Exceptn'l Ability
         Sec.203(b)(2)

The above petition has been approved.  The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



# EXHIBIT 3

Department of Homeland Security
U.S. Citizenship and Immigration Services
Case 1:07-cv-00504-JDB    Document 1-3    Filed 03/16/2007    Page 86 of 113

I-797 Notice of Action

UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-04-160-54692 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE May 7, 2004 | PRIORITY DATE February 21, 2002 | PETITIONER CAPITAL ONE SERVICES INC |
| NOTICE DATE February 22, 2005 | PAGE 1 of 1 | BENEFICIARY A98 364 344 SUN, JIANPING |

SAM H. CHANG ESQ
WASSERMAN MANCINI & CHANG
1915 EYE STREET N W SUITE 400
WASHINGTON DC 20006

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg, or
         of Exceptn'l Ability
         Sec 203 (b) (2)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



# EXHIBIT 4

# UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|
| EAC-04-160-54716 | | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A98 364 344 |
| April 29, 2004 | | | SUN, JIANPING |
| NOTICE DATE | PAGE | | |
| May 9, 2004 | 1 of 1 | | |

SAM H. CHANG ESQ.
WASSERMAN MANCINI & CHANG
1915 EYE STREET N W SUITE 400
WASHINGTON DC 20006

Notice Type:   Receipt Notice

Amount received: $ 305.00
Section: Adjustment as direct
       beneficiary of immigrant
       petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. At our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



# EXHIBIT 5

Department of Homeland Security
U.S. Citizenship and Immigration Serv...

Case 1:07-cv-00504-JDB    Document 1-3    Filed 03/16/2007    Page 90 of 113

I-797, Notice of Action

## UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE 02/28/2005 |
|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A098364344 |
| APPLICATION NUMBER EAC0416054716 | CODE 3 | SERVICE CENTER ESC | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
JIANPING SUN
3920 POPLAR CREEK CT
FAIRFAX, VA 22033

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
If you are unable to do so, complete the bottom of this notice and return the original notice to the address below.
RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS ALEXANDRIA 8850 Richmond Highway ALEXANDRIA, VA 22309 | 04/14/2005 11:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1.  THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.
2.  PHOTO IDENTIFICATION.  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:     ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS ALEXANDRIA
8850 Richmond Highway
ALEXANDRIA, VA 22309

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY
ON
TENPRINT QA REVIEW BY    WARNING!
ON

APPLICATION NUMBER
EAC0416054716

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.

# EXHIBIT 6

U.S. Department of Homeland Security

Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Monday, May 1, 2006

JIANPING SUN
3920 POPLAR CREEK CT
FAIRFAX VA 22033

Dear JIANPING SUN:

On 04/04/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/28/2004 |
| **Receipt #:** | EAC-04-160-54716 |
| **Beneficiary (if you filed for someone else):** | SUN, JIANPING |
| **Your USCIS Account Number (A-number):** | A098364344 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 05-01-2006 07:35 PM EDT - EAC-04-160-54716

# EXHIBIT 7

**U.S. Department of Homeland Security**

Vermont Service Center
75 Lower Welden Street
St. Albans, VT.
05479-0001



**U.S. Citizenship
and Immigration
Services**

Monday, December 18, 2006

JIANPING SUN
3920 POPLAR CREEK CT
FAIRFAX VA 22033

Dear JIANPING SUN:

On 10/16/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/28/2004 |
| **Receipt #:** | EAC-04-160-54716 |
| **Beneficiary (if you filed for someone else):** | SUN, JIANPING |
| **Your USCIS Account Number (A-number):** | A098364344 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT 8



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 23, 2007

MR. JIANPING SUN
3920 POPLAR CREEK COURT
FAIRFAX, VA 22033

Request No.: 1068011- 000
Subject: SUN, JIANPING.

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Should you desire a check of our field office files, you must write directly to the appropriate field office(s).

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

# EXHIBIT 9

** TX STATUS REPORT **          AS OF   MAY 19 2006 16:41   PAGE.01

CAPITAL ONE

| | DATE  TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|
| 26 | 05/19 16:41 | 912022246295 EC---S | | 00'10" | 001 | 100 | OK |

Jianping Sun
1680 Capital One Drive
8ᵗʰ Floor
McLean, VA 22102
May 19, 2006

Senator John Warner
255 Russell Building
Washington D.C. 20510
Fax: (202) 224-6295

Dear Senator Warner,

I am writing to your office for your kind help on the processing of my application to adjust to permanent resident status (I-485) case that has been significantly delayed.

I started working for Capital One Services, Inc. in McLean, VA since November 2000. I am playing an important role in the company's Marketing & Analysis group. Because of my skills in analyzing competitive strategy, marketing efficiency, and credit performance, the company sponsors my application for permanent residency.

I filed an application to USCIS (US Citizenship & Immigration Service) Vermont Service Center to adjust to permanent resident status (I-485) on April 28, 2004, but no decision has been made on my case now that 24 months have passed. While the Vermont Service Center is showing online that it is processing cases with receipt notice dated Apr 30, 2005, I am still endlessly waiting with a receipt notice dated **April 29, 2004!**

Undoubtedly this significant delay has adversely affected my life in the US. While the case is pending, I was advised by my attorney not to travel abroad to visit my families. I also encounter other difficulties because of my resident alien status, including those in my house purchasing process.

As a legal alien paying all due Federal and State taxes, I am asking for your kind help to request USCIS to disclose explicitly current status of my cases, and expedite the approval if I have satisfied all requirements.

Followings are all relevant information about my cases. Your attention and prompt assistance is greatly appreciated.

   **INS A#:** 098-364-344 (Jianping Sun)

   **Case Type:** I-485 Application to Adjust to Permanent Resident Status

   **Case No.:** EAC0416054716

   **Case Filing date:** April 28, 2004

   **Case Receipt Date:** April 29, 2004

   **1ˢᵗ Finger Print date:** April 19, 2005

Sincerely,

Jianping Sun

Capital One Confidential

# EXHIBIT 10

x  x  x  Memory TX Result Report ( Jan. 11. 2007 11:27AM ) x  x  x

1)
2)

Date/Time: Jan. 11. 2007 11:26AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 0754 | Memory TX | 912022246295 | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail                    E. 2) Busy
E. 3) No answer                               E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Xiaoping Sun
1680 Capital One Drive
4th Floor
McLean, VA 22102

January 10, 2007

Senator John Warner
225 Russell Building
Washington D.C. 20510
Fax: (202) 224-6295

Dear Senator Warner,

I'm writing to your office again to request your help on the processing of my application to adjust to permanent resident status case (I-485) that's significantly delayed. I faxed a letter to your office in May last year, but so far hasn't heard anything back. I'd greatly appreciate it if you could send me a written response on this matter.

Here are some info about myself and the case:

• My background – I started working for Capital One Services, Inc. in McLean, VA since November 2000. I am playing an important role in the company's Marketing & Analysis group. Because of my skills in analyzing competitive strategy, marketing efficiency, and credit performance, the company sponsors my application for permanent residency.

• Adjustment to permanent resident status case (I-485) – I filed an application to USCIS (US Citizenship & Immigration Service) Vermont Service Center to adjust to permanent resident status (I-485) on April 28, 2004. Now that nearly 3 years (32 months) have passed and the Vermont Service Center is showing online that it is processing cases with receipt notice dated Feb 65, 2004, I am still endlessly waiting with a receipt notice dated April 29, 2004!

Such significant delay has adversely affected my life in the US. While the case is pending, I was advised by my attorney not to travel abroad to visit my families. I also encounter other difficulties because of my resident alien status, including those in my house purchasing process.

As a legal alien paying all due Federal and State taxes, I am asking for your kind help to request USCIS to disclose explicitly current status of my cases, and expedite the approval if I have satisfied all requirements.

Following are all relevant information about my cases. Your attention and prompt assistance is greatly appreciated.

• INS A#: 095-364-344 (Xiaoping Sun)
• Case Type: I-485 Application to Adjust to Permanent Resident Status
• Case No.: EAC0416954716
• Case Filing date: April 28, 2004
• Case Receipt Date: April 29, 2004
• 1st Finger Print date: April 16, 2005

Sincerely,

Xiaoping Sun

# EXHIBIT 11

# WASSERMAN, MANCINI & CHANG, P.C.

ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang
Richard W. Chang

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

* Pamela R.E. Genise (VA)
* Robin L. Williamson (VA)
* Annie J. Shih (MD)
* Jessica L. Rodriguez (DC, CA)

* Practice limited to matters and proceedings before federal courts and agencies

January 25, 2007

Citizenship and Immigration Services Ombudsman
ATTN: Case Problems
United States Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

Dear Mr. Prakash Khatri:

| | |
|---|---|
| Name of Alien: | SUN, Jianping |
| Home Address: | 3920 Poplar Creek Court |
| | Fairfax, VA 22033 |
| Date of Birth: | 12/10/1971 |
| Country of Birth: | China |
| Application Receipt Number: | EAC-04-160-54716 (Exhibit 1) |
| A number: | A098364344 |
| USCIS Office where the application was filed: | Vermont Service Center |
| Filing date of application: | April 29, 2004 |
| I-140 Petition approved: | February 22, 2005 (Exhibit 2) |
| Fingerprints taken: | April 14, 2005 (Exhibit 3) |
| Problem: | Outside processing time – Pending name check |

**Steps taken to resolve the case problem:**

1. 04/04/2006 – Request to USCIS requesting case status.
   Outcome: 05/01/2006 – Written response from USCIS indicating, "A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open." (Exhibit 4)
2. 05/19/2006 – Letter faxed to Senator Warner requesting assistance with name check. (Exhibit 5)
   Outcome: No response.
3. 10/16/2006 – Request to USCIS requesting case status.
   Outcome: 12/18/2006 – Written response from USCIS indicating, "A check of our records establishes that your case is not yet ready for decision, as the required investigation. (Exhibit 6)
4. 12/20/2006 – Letter to USCIS requesting case status. (Exhibit 7)
   Outcome: No response.

Desired Result: FBI name check completed and final processing of I-485 petition.

Please be advised that we represent Mr. Sun in this case. Attached to this letter is a copy of the G-28 signed by the client in preparation for her I-485 Application to Register Permanent Residence or Adjust Status (Exhibit 8). If you have any further questions or concerns, please do not hesitate to contact my offices. Thank you and have a nice day.

Sincerely,

Sam H. Chang, Esq.
SHC/jr

# EXHIBIT 12

U. S. Citizenship and Immigration Services

| Print This Page | | Back |

## U.S. Citizenship and Immigration Services
## Vermont Service Center Processing Dates
## Posted January 17, 2007

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Service Center is processing and the date the cases were received by the Service Center.

### How do I use this chart?

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Service Center.

### When Can I Call The National Customer Service Center?

If you filed your case 30 days or more before the date shown under the heading "Processing Cases with Receipt Date of" and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and you responded more than 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

If you have filed any of the following forms and the indicated times have passed, please call our National Customer Service Center at 1-800-375-5283.

> Form EOIR-29: If you filed more than 60 days ago and you need to confirm that your case was sent to the Board of Immigration Appeals.
>
> Form I-290A, Motion to Reopen or Reconsider: If you filed more than 6 months ago and you have not received a reply.
>
> Form I-290B, Notice of Appeal to the Administrative Appeals Unit:
>
> > Initial receipt and preliminary processing: If you filed more than 60 days ago (from the date of receipt by the Service Center), and you need to confirm that your case was sent to the Administrative Appeals Office.
>
> > Remands and sustained decisions: If it has been more than 60 days since the date the Administrative Appeals Office notified you in writing that it remanded (sent your case back) to the Service Center or sustained the decision (decided in your favor), and you have not received a response from the Service Center.

Waiver of the 2-Year Foreign Residence Requirement (For waiver applications that DO NOT require Form I 12). This includes waivers based on No Objection Statements, Interested Government Agency requests, and tate Health Department requests. If the Department of State's Waiver Review Division sent the favorable /aiver recommendation to the Service Center more than 60 days ago, and you have not received a response rom the Service Center.

## Service Center Processing Dates for **Vermont** Posted January 17, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | June 16, 2006 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | July 27, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 13, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | January 01, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | December 17, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | December 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | November 09, 2006 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | July 17, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | February 26, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | October 07, 2000 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | October 22, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | March 12, 2006 |

| I-131 | Application for Travel Document | All other applicants for advance parole | October 16, 2006 |
|-------|--------------------------------|----------------------------------------|------------------|
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | October 12, 2005 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | April 28, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | April 22, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | March 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | October 10, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 30, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | July 17, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | October 30, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | December 18, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | October 30, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | October 30, 2006 |
|  | Application for Employment | Based on TPS for El Salvador [(c)(19)(a) |  |

| | I-765 | Authorization | (12)] | October 30, 2006 |
|---|---|---|---|---|
| | I-765 | Application for Employment Authorization | All other applications for employment authorization | October 30, 2006 |
| | I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 29, 2005 |
| | I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | July 01, 2006 |
| | I-821 | Application for Temporary Protected Status | El Salvador extension | July 01, 2006 |
| | I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | July 01, 2006 |
| | I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | July 01, 2006 |
| | I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | July 17, 2006 |
| | N-600 | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | July 16, 2006 |
| | N-643 | Application for Certification of Citizenship on Behalf of an Adopted Child | Application for recognition of U.S. citizenship on behalf of an adopted child | July 17, 2006 |

Print This Page    Back

02-01-2007 02:34 PM EST

# EXHIBIT 13

# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQs   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

   Call Scripts and
   Information

Case Status Online

   Case Status
   Search

   Register

   Login

   Case Status
   FAQs

## Case Status

**Receipt Number: eac0416054716**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: Fingerprints review completed.**

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat
Adobe Reader

**02-01-2007 02:31 PM EST**

# EXHIBIT 14

U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

January 5, 2005

# Interoffice Memorandum

To:    Regional Directors
       District Directors
       Service Center Directors

From:  William Yates /s/ (Janis Sposato signed for William Yates)
       Associate Director of Operations
       United States Citizenship and Immigration Services

Re:    Revised Interview Waiver Criteria for Form I-485 Application to Register
       Permanent Residence or Adjust Status

## Purpose.

This memorandum provides revised guidance to the field on how to determine
under what criteria Form I-485 (Application to Register Permanent Residence or Adjust
Status) should be transferred to a District Office for interview. This guidance is
necessary due to the significant increase in the number of cases transferred recently from
the Service Centers to District Offices as a result of the increased production levels we
have seen with our backlog elimination efforts. Upon review of some of the cases
transferred, USCIS felt that the criteria for waiving interviews should be revised to reflect
current operational priorities in support of backlog elimination. Generally, interviews
should be viewed as necessary when the decision to grant or deny the benefits would
benefit from the back and forth questioning of an interview or an assessment of
credibility. Interviews should not be used to obtain information that can be readily
requested and provided in response to an RFE.

## Legal.

Form I-485: Pursuant to 8 CFR 245.6 each applicant for adjustment of status
shall be interviewed by an immigration officer. This interview may be waived if the
Service determines that an interview is unnecessary. The interview waiver criteria are
standards set at the national level.

To: Regional Directors, District Directors, Service Center Directors          Page 2
Re: Revised Interview Waiver Criteria for Form I-485 Application to Register
Permanent Residence or Adjust Status

## Current I-485 Employment Based Interview Waiver Criteria

Generally, employment-based cases meeting the following criteria are waived interview:

- The principal applicant is employed by the same petitioner who submitted the approved underlying employment-based visa petition.

- The principal applicant has been approved as an alien of extraordinary ability or alien of exceptional ability and is otherwise eligible for adjustment of status.

- The principal applicant has been approved as an outstanding professor or researcher, or a multinational executive/manager and has a continuing offer of employment from the same petitioner who submitted the underlying approved petition.

- Adjustment applicants who received national interest waivers based on performing primary medical care to a medically under-served area who demonstrate that they intend to continue according to the terms and conditions of the underlying petition.

### Previously Employed transfer criteria for Form I-485.
Prior to the revisions outlined in this Memorandum, Service Centers automatically transferred cases to District Offices for interview for the following reasons:
- A need for validation of identity;
- A need for validation of legal status;
- Questionable admissibility and/or qualifications;
- Apparent fraud;
- A second filing;
- An applicant with fingerprint rejected twice;
- An applicant with medical condition class A or B;
- The A-file cannot be located at the time of adjudication.

### Revised guidance related to Form I-485 transfer criteria
- **Entry Without Inspection/ Validation of Identity**. USCIS is currently reviewing this requirement. In the interim, if there is no evidence that the alien was inspected, paroled or interviewed by an Immigration officer, the centers will continue to transfer these cases to the district offices for interview.

- **Validation of legal status**. For cases where there is a need to validate legal status, other than lack of evidence of inspection, admission and/or parole, Service Centers will authorize district transfer only where a determination of legal status cannot be obtained through file review and/or by requesting additional evidence from the applicant.

- **Questionable admissibility and/or qualifications.** Service Center Directors will no longer send **all IDENTS** to District Offices for interview. A significant percentage of IDENTS exist only because of immigration violations that have already been resolved or could be resolved with the submission of a waiver application. Service Centers

- will now retain those IDENTS that are purely immigration violations and hold for officer review at the time of adjudication. All other IDENTS will continue to be sent to district offices for interview. For cases where **qualifications** are questionable, adjudicators should obtain clarifying information whenever possible through an RFE and adjudicate the case on its merits.

- **Apparent fraud.** Where **fraud** is suspected Service Centers must first go through established liaison and referral procedures with local Fraud Detection Units before transferring cases to the District Office. Cases that are then transferred for fraud should have a memo to file articulating the fraud concerns, delineating any identified evidence, noting the source and extent of that evidence, and identifying all other A-numbers on related cases.

- **Second filing.** For cases where there is evidence that the applicant **applied twice,** all relevant and related files must be obtained, and any questionable issue clarified through an RFE.

- **Fingerprints twice rejected.** Where an applicant's **fingerprints** were **rejected twice by the FBI for illegibility,** Service Centers should have the applicant submit a five year certification of good conduct from local law enforcement.

- **Class A or B medical conditions.** Cases involving **medical** conditions for which a **waiver** can be obtained should be adjudicated without recourse to an interview.

- **A file not located at time of adjudication.** Service Centers must exercise due diligence to ensure that A-files and all other related files are located prior to adjudication. If the A-file is lost, Service Centers must follow existing procedures for creation of temporary files and for adjudication on a temporary file.

While the purpose of this memorandum is to ensure that cases in the waiver categories are only transferred for interview when they will actually benefit from the special attention of an interview, we expect adjudicators to use their judgment about transferring cases for interview whether or not the case falls within the transfer criteria described above. Any case transferred for reasons other than entrance without inspection or non-immigration related IDENTS must first receive supervisory approval of the transfer. Questions related to the above guidance can be directed to Robert Genesoni, at (202) 272-1529, through established communication channels.