UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIANPING SUN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0504 (JDB) |
| ) | |
| ALBERTO GONZALES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov