Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jianping Sun** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No.: 07-cv-00504 |
| **Alberto Gonzales**, et. al | )<br>)<br>) |
| Defendants | )<br>) |

### RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 14)

By:        Certified Mail, restricted delivery – green card attached.

On:        Alberto Gonzales, United States Attorney General

Date of Service: March 26, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____
Mark A. Mancini, Esq.

4/18/07
_____
Date

Wasserman, Mancini, & Chang, P.C.<br>
1915 I Street NW Suite 400<br>
Washington, D.C. 20006<br>
(202) 783-8905 (Tel.)<br>
(202) 333-1688 (Fax)<br>
WMCLAWFIRM@aol.com (email)<br>
DC Bar# 194126<br>
Attorney for Plaintiff<br>
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jianping Sun

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

Case: 1:07-cv-00504
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: SUN V. GONZALES

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, Chang, P.C.
1915 I Street NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON                                    MAR 16 2007

CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7006 2760 0005 6662 7521

PS Form 3800, August 2006         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales, United States Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 28 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 6662 7521

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540