Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jianping Sun** | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) Case No.: 07-cv-00504<br>) |
| **Alberto Gonzales**, et. al | )<br>)<br>) |
| Defendants | )<br>)<br>) |

### RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 14)

By:        Certified Mail, restricted delivery – green card attached.

On:        Michael Chertoff, Department of Homeland Security

Date of Service:  April 3, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

                                                                             Mark A. Mancini, Esq.

                                                                             4/18/07
                                                                             Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jianping Sun

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et. al.

Case: 1:07-cv-00504
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: SUN V. GONZALES

TO: (Name and address of Defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
Office of General Counsel
US Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, Chang, P.C.
1915 I Street NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 1 6 2007

CLERK                                       DATE

(By) DEPUTY CLERK

