Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jianping Sun** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No.: 07-cv-00504 |
| **Alberto Gonzales**, et. al | )<br>)<br>) |
| Defendants | )<br>)<br>) |

**RETURN OF SERVICE**

I served the following documents:

  Summons
  Complaint and Attachments (exhibits 1 – 14)

By:    Certified Mail, restricted delivery – green card attached.

On:    Susan Dibbins, Washington District Director of U.S. Citizenship and Immigration Services

Date of Service: March 27, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____
Mark A. Mancini, Esq.

4/18/07
_____
Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
<u>WMCLAWFIRM@aol.com</u> (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jianping Sun

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et. al.

Case: 1:07-cv-00504
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: SUN V. GONZALES

TO: (Name and address of Defendant)

Susan Dibbons
Washington District Director of USCIS
Washington District Office
U.S. Citizenship and Immigration Services
2675 Prosperity Ave
Fairfax, VA 22031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, Chang, P.C.
1915 I Street NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                    MAR 16 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0003 5746 1142

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Dibbins, Washington District Director of U.S. Citizenship and Immigration Services
Washington District Office
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[FAIRFAX VA TURNPIKE USPS MAR 21 2007 postmark]

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   7005 3110 0003 5746 1142

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540