Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jianping Sun** <br><br> Plaintiff, <br><br> vs. <br><br> **Alberto Gonzales**, et. al <br><br> Defendants | ) ) ) ) ) ) ) ) ) Case No.: 07-cv-00504 ) ) ) ) ) ) ) ) |

### RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 14)

By:      Certified Mail, restricted delivery – green card attached.

On:      Robert S. Mueller, III, Director, Federal Bureau of Investigations

Date of Service: March 26, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

                                         Mark A. Mancini, Esq.

                                         4/18/07
                                         Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jianping Sun

SUMMONS IN A CIVIL CASE

V.

Alberto Gonzales, et. al.

Case: 1:07-cv-00504
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: SUN V. GONZALES

TO: (Name and address of Defendant)

Robert S. Mueller, III
Director
Federal Bureau of Investigation
Office of General Counsel
935 Pennsylvania Ave NW Room 7427
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, Chang, P.C.
1915 I Street NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           MAR 1 6 2007
CLERK                                              DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7005 3110 0003 5746 1135

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
0~ Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JW Jones    C. Date of Delivery: 3/26/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label): 7005 3110 0003 5746 1135

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540