UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIANPING SUN, )<br>)<br>              **Plaintiff,** )<br>    v. )<br>)<br>**MICHAEL B. MUKASEY,**[1] *et al.*, )<br>)<br>              **Defendants.** )<br>) | Civil Action No. 07-0504 (JDB) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for the defendants in the above-captioned case, and remove the appearance of Sherease Louis, Special Assistant United States Attorney.

Respectfully submitted,

  /s Robin M. Meriweather
ROBIN M. MERIWEATHER
Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-514-7198/ FAX 202-514-8780
Robin.Meriweather2@usdoj.gov

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Attorney General Michael B. Mukasey — successor to former Attorney General Alberto Gonzales — has been automatically substituted as a defendant in this action.